## AFFIDAVIT OF CHIEF OF POLICE WILLIAM J. CITTY

COUNTY OF OKLAHOMA )
) SS.
STATE OF OKLAHOMA )

Affiant, Chief William J. Citty, being first sworn upon his oath, states:

1. That I am the Police Chief of the City of Oklahoma City Police Department, and have been since October 24, 2003. That I have been employed by the City and assigned to its police department since 1977 as a police officer.

2. That I personally reviewed the Statement of Material Facts Not in Dispute in Defendant City's Brief in Support of Its Motion for Summary Judgment to be filed in the case of *Maiden v. City of Oklahoma City, et al.*, United States District Court for the Western District of Oklahoma, Case No. CIV-14-413-F and the exhibits referred therein.

3. That Facts Nos. 1, 3-23, and 26-31 in the Statement of Material Facts Not in Dispute are true and correct. That Exhibits 2-19, 21-33, 36-47, 49-57, 59-61 and 63-68, attached thereto, are true and correct copies of OCPD policies, procedures, rules, training records, and training outlines, or police reports and records concerning OCPD Incident No. 13-35649.

4. That Exhibit 20 is a true and correct copy of a letter from me to Defendant Holtzclaw terminating his employment with the City of Oklahoma City.

5. That Exhibits 34 and 35 are true and correct copies of the January 2007 Assessment Report, and the March 2007, March 2010 and March 2013 accreditations received from CALEA (The Commission on Accreditation for Law Enforcement Agencies).

6. That all OCPD officers are required to comply with the policies, procedures, and rules contained in the OCPD Operations Manual.

FURTHER AFFAINT SAYETH NOT.

Affidavit of Chief William Citty
Page 1 of 2

EXHIBIT 1

DATED THIS _21_ DAY OF _MAY_, 2015.

_____
Chief William J. Citty
Oklahoma City Police Department


This instrument was acknowledged before me on the _21_ day of _May_, 2013, by Chief William J. Citty.

_____
Notary Public

My Commission Expires: _11/06/16_

Commission Number: _120/0601_