

The City of
# OKLAHOMA CITY
POLICE DEPARTMENT
William Citty
Chief of Police

January 8, 2015

TO: Daniel Holtzclaw, Officer
Springlake Division

SUBJECT: Termination

On October 27, 2014, you received a Predetermination Hearing Notice containing 29 allegations of misconduct against you. In response to the hearing notice, you declined to select one of the three options delineated in department procedures. I directed the Predetermination Hearing to proceed under option number two, which is a hearing before the affected bureau deputy chief. That Board convened on December 11, 2014 and again on December 23, 2014, to hear evidence and provide you with an opportunity to respond to the allegations. You choose not to participate, but attended both hearings as an observer. As a result of the evidence presented at the hearing, I am sustaining the allegations.

Your offenses committed against women in our community constitute the greatest abuse of police authority I have witnessed in my 37 years as a member of this agency. These violations more than warrant your termination from the Oklahoma City Police Department.

Your termination is effective January 8, 2015. Contact Police Personnel for further information.

William Citty
Chief of Police

pc: Deputy Chief Tom Jester
Police Personnel
Internal Affairs

**EXHIBIT 20**

701 Colcord Drive • Oklahoma City, OK 73102 • 405/297-1000