**Training History For HOLTZCLAW, DANIEL K** 

| Start Date | Course Title | Total Hours |
|---|---|---|
| 5/13/2014 | 2014 Phase 2 LEDT | 8 |
| 4/29/2014 | 2014 Spring Firearms Qualification | 0 |
| 1/21/2014 | 2014 Phase 1 In-Service | 8 |
| 1/1/2014 | 2014 On-Line Harasst/Sexual Harasst Training | 1 |
| 10/15/2013 | 2013 Phase 3 In-Service | 8 |
| 4/30/2013 | 2013 Spring Firearms Qualification | 2 |
| 3/21/2013 | 2013 Phase 2 In-Service - CDT | 8 |
| 1/24/2013 | 2013 Phase 1 In Service | 8 |
| 1/22/2013 | ALPR - Automated License Plate Reader | 1 |
| 1/1/2013 | 2013 On-Line Harasst/Sexual Harasst Training | 1 |
| 10/5/2012 | 2012 PHASE 3 IN SERVICE | 8 |
| 8/22/2012 | FORD Interceptor Transition Training | 3 |
| 5/16/2012 | Advanced Shooting Techniques 2012 | 2 |

**EXHIBIT 21**

Information retrieved and printed from the Tracker on 8/22/14 by PDPC1129