**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| VELENCIA MAIDEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-14-413-F |
| ) | |
| THE CITY OF OKLAHOMA CITY, et al., ) | |
| ) | |
| Defendants. ) | |

**EXHIBIT 60 – OCPD 911 CALLS – TO DEFENDANT CITY'S BRIEF IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

**FILED CONVENTIONALLY**

EXHIBIT 60