IN RE: THE PROTECTIVE CUSTODY OF:

_____

_____

THIRD PARTY AFFIDAVIT

STATE OF OKLAHOMA    )
                    ) SS.
COUNTY OF   OKLAHOMA   )

I, Jean Griffin the undersigned being __75__ years of age, declare: That on the __05__ day of ~~Oct~~ 2013, I observed (name) ~~Clifton~~ Clifton at (location) 1421 N.W. 99 in Oklahoma City County, Oklahoma, and that at 9:52 o'clock P .M.

Statement of observation (describe activity or incident personally observed):

He was thinking some one was going kill him or some one was after him. He was paranoid & hallucinate

_____

_____

That upon such basis, I have a reasonable belief that this person has a mental illness or is alcohol_ or drug dependent to a degree that immediate emergency action is necessary.

I, the undersigned attest to the above statement to be factual and true to the best of my knowledge and that I will testify to the above in court.

Any false statement given to the officer by the person upon whose statement of the officer relies shall be a misdemeanor and subject to the sanctions of Title 21 of the Oklahoma State Statute.

Jean Griffin
Name (please print)

Jean Griffin
Signature

1400 N.W. 115th #40 OKC. 73114
Address

Revised 11/01/2002          Third Party Affidavit          Page 1 of 1
                                   B-1

EXHIBIT 61

IN RE: THE PROTECTIVE CUSTODY OF:

_____

_____

THIRD PARTY AFFIDAVIT

STATE OF OKLAHOMA        )
                         ) SS.
COUNTY OF   OKLAHOMA     )

I, Velencia Maiden the undersigned being __55__ years of age, declare: That on the __5__ day of _2_ 20_13_, I observed (name) Clifton Armstrong my Son in a very paranoid hallucinated state of min at (location) 1421 NW 99th St in Okla OK 73114 County, Oklahoma, and that at _9:20 p_ o'clock _p_ .M.

Statement of observation (describe activity or incident personally observed): He feel a gang is trying to kill him The police and and King gang Dowing there trying to kill him get insurance on him. Saying UN code letters is how thay Told him heb going to die. our thay will kell his family.

That upon such basis, I have a reasonable belief that this person has a mental illness or is alcohol_ or drug dependent to a degree that immediate emergency action is necessary.

I, the undersigned attest to the above statement to be factual and true to the best of my knowledge and that I will testify to the above in court.

Any false statement given to the officer by the person upon whose statement of the officer relies shall be a misdemeanor and subject to the sanctions of Title 21 of the Oklahoma State Statute.

Velencia Maiden (Maiden)
**Name (please print)**

Velencia Maiden
**Signature**

1421 NW. 99Th St
Oklahoma Okla 73114
**Address**

Revised 11/01/2002                    Third Party Affidavit                    Page 1 of 1

B-1