Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA

VELENCIA MAIDEN, as Personal )
Representative of the Estate )
of CLIFTON DARNELL            )
ARMSTRONG, deceased,          )
      Plaintiff,             )
VS.                           )   Case No. CIV-14-413-F
THE CITY OF OKLAHOMA CITY,    )
OKLAHOMA; JEFFERY (sic)       )
DUTTON, individually;         )
GREGORY FRANKLIN,             )
individually; MOHAMMED        )
TABAIA (sic), individually;   )
DANIEL HOLTZCLAW,             )
individually,                 )
                              )
      Defendants.            )

DEPOSITION OF VELENCIA ELAINE MAIDEN

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON MAY 13, 2015

REPORTED BY:  SUSAN J. FENIMORE, CSR, RPR

Velencia Maiden

Page 74

1  Q   Did you fill out any kind of written
2  documentation about your son that evening?  Did you
3  fill out any kind of report about him?
4  A   I did have -- just a blue sheet of paper.
5          (Defendant's Exhibit Number 2 marked for
6          identification purposes and made part of
7          the record.)
8  Q   (By Ms. Knight) I hand you what has been
9  marked as Defendant's Exhibit Number 2.  Is this the
10 blue sheet of paper -- is this a copy of the blue
11 sheet of paper you're talking about?
12 A   This is May the 2nd.  Something's missing
13 here.
14 Q   What's missing?
15 A   Because it was stated that the police was
16 trying to kill him.  Where it says, in police, the
17 police and the King gangs.  I don't know why it's on
18 the 2nd, May the 2nd, but, okay.
19 Q   Is this your handwriting?
20 A   It looks like it, yes.
21 Q   And is that your signature?
22 A   Yes.  Yeah.
23 Q   Why did you fill this out?
24 A   Well, because after the police got him
25 handcuffed and all, they said that, you know, we want

Velencia Maiden

Page 105

1   A   Probably.
2   Q   Why is that?
3   A   I don't know.  It just doesn't make sense.
4   Q   What doesn't make sense?
5   A   Because I hadn't heard any of it.
6   Q   Okay.  Again -- and you never answered the
7   question when Ms. Knight told you.  We produced to
8   Mr. Bonzie a copy of that, just like we produced a
9   copy of your statement and the copy of the DVD of you
10  giving that statement.  You haven't taken the time to
11  listen to any of that, have you?
12  A   No.
13  Q   I'm going to hand you -- if you would,
14  please, Number 2.  Are you going to claim -- Number
15  2, the blue sheet.  Are you going to claim that's
16  been altered?
17  A   No.
18  Q   Okay.  You say, "My son, in a very paranoid
19  hallucinated state of mind," did you not say that?
20  A   Probably, yes.
21  Q   Not probably, it's either yes or no.
22      MR. BONZIE:  Objection to the form of the
23  question.
24  Q   (By Mr. Smith) Is that not your
25  handwriting?

Velencia Maiden

Page 106

1    A    It looks like it.  Yes.
2    Q    And "a very paranoid hallucinated state of
3  mind," did I correctly read that?
4    A    Yes.
5    Q    Did anybody prompt you to write that?
6    A    I was told by the police officer to write
7  what I --
8    Q    But he didn't tell you the words to write,
9  did he?
10   A    No.
11   Q    These are your words?
12   A    Yes.
13   Q    Okay.  And then you told Ms. Knight there's
14  something left out.  You're not going to claim that
15  it's been altered, are you?
16   A    Oh, I came back -- I told her I saw the
17  police, so, no, it looks fine.
18   Q    Because you know that it's a misdemeanor to
19  lie on this document?  Do you see that right there?
20        MR. BONZIE:  Objection to the form of the
21  question.
22   Q    (By Mr. Smith) It says, "Any false
23  statement given to the officer by the person upon
24  whose statement of the officer relies shall be a
25  misdemeanor and subject to the sanctions of Title 21

Velencia Maiden

Page 107

1  of the Oklahoma Statutes."
2      A    Yes.
3      Q    Okay.  So you didn't lie on this statement,
4  did you?
5      A    No.
6      Q    What is your definition of hog tied?
7      A    Where the arms and legs are tied together.
8      Q    Okay.  What number --
9      A    Restrained.
10     Q    What number of inches between the arms and
11 legs?
12          MR. BONZIE:  Objection to the form of the
13 question.  If you know.
14          THE WITNESS:  I don't know.
15     Q    (By Mr. Smith) Well, I'm very curious,
16 because if you take Number 3, your answers to
17 Ms. Knight's interrogatories, do you see that
18 document there in front of you, Number 3?
19     A    What page?
20     Q    Page 3, Answer Number 2.  Very last
21 sentence.
22     A    Page 3?
23     Q    Yes, ma'am.  Very last sentence of Number
24 2, "They will all testify that the decedent was not
25 resisting arrest and did not have to be restrained by

Velencia Maiden

Page 108

1  and hog tied which caused him to die."  Is that your
2  word, "hog tied"?
3      A    You said three, Number 2 or --
4      Q    Page Number 3.
5      A    Yes.
6      Q    Answer Number 2.
7      A    Number 2, which is up here?
8      Q    Yes, ma'am.
9      A    Okay.
10     Q    Are you ready?
11     A    Yes, go ahead.
12     Q    Are you ready?
13     A    I'm ready.
14     Q    "They will all testify the decedent was not
15  resisting arrest and did not have to be restrained by
16  and hog tied which caused him to die," do you see
17  that?
18     A    That's on Page 2.
19     Q    No, ma'am, it's on Page 3.
20     A    Yes, I see that.
21     Q    So you used the word "hog tied," right?
22     A    That's what I called it, yes.
23     Q    That's what you called it.
24          Exhibit Number 12, 123, Photograph 123.
25     A    Uh-huh.

Velencia Maiden

Page 109

1    Q    Is that before or after the police
2    officers, quote, unquote, hog tied him?
3    A    This is after.
4    Q    Okay.  So when the -- and that's an
5    accurate representation of his feet and ankles, the
6    position they were in when they were done with the
7    hobbles; is that correct?
8    A    Yes.
9    Q    Page 4, Answer Number 3, last sentence,
10   "The officer then grabbed Clifton and hog tied him
11   with a leather strap," do you see that?
12   A    In answer to three, paragraph --
13   Q    Page 4.
14   A    Sentence.
15   Q    Last sentence to Answer 3.
16   A    He sat on the ground, is that the last one?
17   Q    No, ma'am.  "The officer then grabbed
18   Clifton and hog tied him with a leather strap."
19   A    Okay.  I see that.
20   Q    Page 9, Answer 21.
21   A    Okay.
22   Q    "The use of maximum restraint - 'hog tied'
23   - to restrain somebody with mental health issues."
24   Did I correctly read that?
25   A    Yes.

Velencia Maiden

Page 111

1    there to see if he had a mental health crisis?
2        A    I agree.
3        Q    And that's what the police tried to do?
4        A    What?
5        Q    They had to see if he had a mental health
6    crisis.
7        A    Okay.
8        Q    And they see you wrestling with him.
9    You're on his legs, aren't you, when the second set
10   of officers come?
11       A    Yes.
12       Q    And you and your mother are trying to hold
13   him down, aren't you?
14       A    I wasn't trying to hold him.
15       Q    Oh, okay.
16       A    I was -- I was trying to get him --
17       Q    Calm him?
18       A    -- calm him.
19       Q    Calm him.  Got it, thank you.
20       A    Uh-huh.
21       Q    Do you know anything about the Oklahoma
22   City Police Department's policies and procedures?
23       A    No.
24       Q    Do you know anything about the Oklahoma
25   City Police Department training?

Velencia Maiden

Page 112

1    A    No.
2    Q    I'm going to hand you what has been marked
3   as Defendant's Exhibit Number 23.
4              (Defendant's Exhibit Number 23 marked for
5              identification purposes and made part of
6              the record.)
7         THE WITNESS:  Yes.
8    Q    (By Mr. Smith) This is a copy of a report
9   done by a detective based upon your statement given
10  the night of this incident.  My guess is you've never
11  seen that statement before, have you, or that report?
12   A    I haven't read it.
13   Q    Have you seen it before?
14   A    No.
15   Q    Last paragraph, first page, "I asked
16  Velencia about Clifton using drugs.  Velencia said as
17  far as she knew he used meth in the past."
18        Page 4, first paragraph -- first page,
19  fourth paragraph.
20   A    Page one.
21   Q    The last --
22        MR. BONZIE:  Come a page, come a page, come
23  a page.
24   Q    (By Mr. Smith) This page, the fourth
25  paragraph.