## MAIDEN V CITY ET AL
## 911 CALL

911:   Oklahoma City Police Department 911.  What's your emergency?  Oklahoma City Police Department, can I help you?

CA:    I think I lost my mind, man.  I'm seeing dragons, I've been on drugs.  Meet me at 1449 N.W. eighty, 98th.

911:   Ok, you want the police to come out?

CA:    My name is Clifton Armstrong.  I'm gonna kill myself.

911:   Is anybody at the house with you?

CA:    People following me.

911:   Ok.  Anybody at the house with you?

CA:    Dead people trying to get me.  Got somebody living in my momma's house.  He might f* around and kill me.  He might be my friend, he might be my enemy.  I don't know. Only thing I know is my momma is my only person I can trust.

911:   Ok, Clifton, is anybody at the house with you?

END

rp 5/7/15

