EXHIBIT 1A
AUDIO OF 911 CALL
FILED CONVENTIONALLY