Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA


VELENCIA MAIDEN, as Personal)
Representative of the Estate)
of CLIFTON DARNELL          )
ARMSTRONG, deceased,        )
          Plaintiff,        )
VS.                         )    Case No. CIV-14-413-F
THE CITY OF OKLAHOMA CITY,  )
OKLAHOMA; JEFFERY (sic)     )
DUTTON, individually;       )
GREGORY FRANKLIN,           )
individually; MOHAMMED      )
TABAIA (sic), individually; )
DANIEL HOLTZCLAW,           )
individually,               )
                            )
          Defendants.       )


DEPOSITION OF VELENCIA ELAINE MAIDEN

TAKEN ON BEHALF OF THE DEFENDANTS

IN OKLAHOMA CITY, OKLAHOMA

ON MAY 13, 2015


REPORTED BY:  SUSAN J. FENIMORE, CSR, RPR


DEFENDANT'S
EXHIBIT
3

Velencia Maiden

1    so you go and finish what you think they're going to

2    say or you think you know what they're going to ask

3    you and you go ahead and you answer a question and

4    you don't want to do that because maybe I'm not going

5    to ask you what you thought I was.

6              THE WITNESS:  Are you taking pictures?

7              OFFICER TABIAI:  No, no, this is just a pen

8    that lights up, helps me at night to write.

9              THE WITNESS:  It's kind of hitting my eye,

10   I'm sorry.

11             OFFICER TABIAI:  No, you're fine.

12        Q    (By Ms. Knight) And if we're going to --

13   we'll probably be here a little while, so if you need

14   to take a break for any reason, if you need to talk

15   to Ed, if you need to get you something else to

16   drink, use the restroom, make a phone call, just say

17   so.  All that we would ask is that if there's a

18   question on the table that we've asked and you

19   haven't answered it yet and you need to take a break,

20   if you would please answer the question before you

21   take your break, that's all we ask.

22             Do you have any questions of me before we

23   start?

24        A    No.

25        Q    What is your current residence address?

Velencia Maiden

Page 10

1     A      1421 Northwest 99th Street.

2     Q      And that's in Oklahoma City?

3     A      Yes.

4     Q      How long have you lived at that address?

5     A      I don't know.

6     Q      Clearly, you were living at that address

7  when the incident occurred --

8     A      Yes.

9     Q      -- correct?

10            Do you own that home or do you rent it?

11    A      Yes, I own it.

12    Q      Which one, you own it?

13    A      I own my home.

14    Q      You own it?  Okay.

15    A      Yes.

16    Q      Does anyone else live in the home with you

17  at this time?

18    A      I have -- no.

19    Q      Did anyone else live in the home with you

20  on May 1st of 2013?

21    A      Yes.

22    Q      Who lived with you?

23    A      Carlton Donnelly, I believe was his name.

24    Q      Anyone else?

25    A      I have nieces that -- family just kind of

Velencia Maiden

Page 45

1      A     Carlton, Clifton, that's all.

2      Q     When you got home, did Carlton tell you

3  anything about Clifton's behavior before you got

4  there?

5      A     That he came by.

6      Q     What else did he tell you?

7      A     He was naked.

8      Q     And what else?

9      A     That's all.

10     Q     What did you think when he told you that?

11     A     I didn't know what to think.

12     Q     Had anything like that ever happened

13  before?

14     A     No.  He was there and he had his clothes

15  on, so he met me at the driveway when I got there.

16     Q     Clifton did?

17     A     Uh-huh.

18     Q     Had you ever had any other experiences

19  where Clifton would just take off his clothes?

20     A     No, ma'am.

21     Q     Well, if Clifton met you at the driveway,

22  did you have any discussion with him?

23     A     Yes, ma'am.

24     Q     And what was said?

25     A     It's happening again, police is trying to

Velencia Maiden

```
1    kill him.  He just didn't say anything else.  I said,
2    come on, let's go in the house, I got to go to work
3    and we'll talk in a second, so I asked him what did
4    he mean.  We went in the house, just wouldn't say
5    anything about that.
6         Q    Did you have any other discussion?
7         A    Uh-huh.  I asked him what did he do with
8    the phone, because the phone had rang and I couldn't
9    get it because I couldn't find it.
10        Q    Okay.
11        A    So I was looking around.  I said --
12        Q    And was this a land line or was this a cell
13   phone?
14        A    Land line.
15        Q    What did he tell you he had done with the
16   phone?
17        A    He didn't.
18        Q    Were you able to find the phone?
19        A    No.
20        Q    What else happened?
21        A    From what point?
22        Q    You said the phone was ringing, you
23   couldn't find the phone.  What happened next?
24        A    We looked for the phone.
25        Q    And by we, who do you mean?
```

Velencia Maiden

1      A     Clifton and I.

2      Q     What was Carlton doing?

3      A     He just went in the bedroom.  He wasn't --

4 he didn't give any attention to he and I talking.  He

5 just went in the bedroom.

6      Q     Then what happened?

7      A     I remember asking him what was going on.

8 He was very quiet and just didn't get anything,

9 really, that just said what was going on.  So I hear

10 a knock on the door, it was the police.

11      Q     Well, why did the police come?

12      A     I don't know.  I asked them that.

13      Q     You don't know why the police showed up

14 there that night in the first place?

15      A     No.  I said, Clifton, you called to ask

16 them were they here and they said somebody called the

17 police.

18             (Defendant's Exhibit Number 1 marked for

19             identification purposes and made part of

20             the record.)

21      Q     (By Ms. Knight) I'm going to show you what

22 has been marked as Defendant's Exhibit 1, which is a

23 transcript of the 911 call made by your son that

24 evening.

25      A     Okay.

Velencia Maiden

Page 48

1      Q      Just take a second and read it.

2      A      (Witness reviews document.)

3      Q      Are you done?

4      A      Yes.

5      Q      Have you ever listened to this 911 call?

6      A      No.

7      Q      Do you see on here where he said that, "I'm

8      seeing dragons, I've been on drugs"?

9      A      Yes.

10     Q      Do you see where he said, "I'm going to

11     kill myself"?

12     A      Yes.

13     Q      See further on down where it says, "Dead

14     people are trying to get me"?

15     A      I see that.

16     Q      Do you think this call might have something

17     to do with why police showed up that night?

18     A      I don't know.

19     Q      Okay.  Did you have any reason that night

20     to call your mother?

21     A      Yes.

22     Q      How did that happen?

23     A      I was concerned by him saying the police is

24     trying to kill him, maybe I need to just make sure

25     he's okay, so I called my mom, asked her could she

Velencia Maiden

1   come over.

2        Q    And why did you want your mother to come

3   over?

4        A    To take him to the hospital and help me

5   out.

6        Q    Why did you want your mother to take him to

7   the hospital as opposed to you doing it?

8        A    Well, I wanted her to take him and I meet

9   her there while I had to get someone to cover my

10  shift, as I made the arrangements, but I just changed

11  my mind that I'll go, so she was going to go with me.

12       Q    How long had you been home before the

13  police arrived?

14       A    Not long, about maybe five minutes.

15       Q    So the police got there about five minutes

16  after you got home?

17       A    Yes.

18       Q    Was your mother already there when the

19  police came --

20       A    No.

21       Q    -- or did she come after?

22       A    No, she wasn't.  She came after.

23       Q    Okay.  And which police officers got to

24  your house first, of the ones that you named in this

25  lawsuit?

Velencia Maiden

Page 52

1   was taking him to the doctor.

2        Q     And then what happened?

3        A     Then I said I was waiting on my mom,

4   because they asked me do you want to take him to the

5   doctor.  I said, I'm waiting on my mother, I called

6   her and she should be here in a few minutes.  I don't

7   know where she's at, because we waited a few minutes

8   and then she came.

9        Q     And what happened when she got there?

10       A     She briefly talked with him, you know, how

11  you doing, you look good and Mom called, we just, you

12  know, wanted to make sure you're okay, would you go

13  to the hospital with us.  He said, yeah, Grandma,

14  I'll go with you.

15       Q     And what were the police doing while you

16  were having this discussion?

17       A     Well, they listened.  They just, you know,

18  stood there as we, you know, told them that we were

19  going to take him to the doctor.  So they knew what

20  was -- what we were going to do.

21            So they just waited and he says -- I told

22  them we're fine, you know, we're going to take him to

23  the doctor and my mom was here and my mom came.  So I

24  told them, okay, we're going to take him and we're

25  fine, they can leave.  They said they want to make

Velencia Maiden

1   sure he's okay.

2       Q    And at this point was it just the two

3   officers?

4       A    Yes.

5       Q    What happened next?

6       A    Well, when I told them they can leave, they

7   said, we'll wait till you get him in the car.

8       Q    Then what happened?

9       A    Well, Clifton said he'll go, so we had to

10  convince him to come on, let's go get in the car.

11  And he finally said, yes, so we went to get in the

12  car.

13      Q    How long had you been inside having this

14  discussion with the police and Clifton and your

15  mother before you started to go outside to get him in

16  the car?

17      A    It wasn't long, just about five minutes.

18      Q    Did you see your son pushing any buttons on

19  a keypad?

20      A    Yes.

21      Q    What happened with that?

22      A    Right before we were going to go out the

23  door, he pushed the buttons to fire department,

24  ambulance and the alarm button.

25      Q    And did you do anything, or your mother, in

Velencia Maiden

Page 56

1    two-door, I had a four-door, not a one-door.

2         Q    Okay.  I thought that's what you meant, but

3    I just wanted to be sure.

4         A    I know you didn't think it was one.

5         Q    Which car was going to be used to take

6    Carlton to the hospital?

7         A    You got the names mixed up.

8         Q    Clifton, I'm sorry, Clifton.  I do that all

9    the time, I'm sorry.

10             What car were you going to take Clifton to

11   the hospital in?

12        A    The Tucson, but he wouldn't get in it.

13        Q    Why not?

14        A    He got -- actually, he was going to get in

15   my car and when they said, no, then -- I didn't mean

16   to say Tucson, I mean to say my mother's car -- he

17   wouldn't get in there; her car.

18        Q    Why, what did he say?

19        A    I don't know why.  I don't know why.

20        Q    What did he say?

21        A    He just said he wasn't getting in her car,

22   my mother's car.  He wanted to ride in his -- in my

23   car.

24        Q    So then what happened?

25        A    The officer said he think it's better to

Velencia Maiden

Page 57

1    get in grandmother's car, since she's going to take

2    him to the hospital.  I don't know why.

3         Q    So then what happened?

4         A    Then we went over to my mother's car and he

5    wouldn't get in.  And then he just threw a bottle of

6    water and stood there, like the Indian stance, folded

7    his legs on the curb, corner, there was a curb, just

8    on the end of the driveway.  Tried to talk to him,

9    come on, Clifton, get in the car.  I'm not getting in

10   there.  (Indicating.)

11        Q    And you're folding your arms?

12        A    That's what he did, folded his legs and

13   arms.  He jumped up and stripped naked.

14        Q    Okay.  Then what happened?

15        A    Then he came behind the car in the

16   driveway, came back to the edge of the curb and they

17   said, well, Clifton, we trying to help you, just get

18   in Mom's car and she's going to take you to the

19   hospital.

20             He was -- the officer was telling him that

21   he was, you know, there to help him to get to the

22   hospital.

23        Q    What did you think when Clifton took his

24   clothes off?

25        A    I was in awe.  I didn't know what to think.

Velencia Maiden

Page 58

1    Q    All right.  Well, what happened next?

2    A    Then, they went on to ask him to get in the

3    vehicle and he said he wasn't getting in that car and

4    he was saying, you know, it was safer for you to ride

5    in Grandma's car.  I'm not sure what, but after him

6    standing there naked a few minutes, the officer, the

7    Hispanic officer -- I wouldn't call him Hispanic if

8    you told me his name, I apologize for that.

9    Q    That's okay.  Just describe him as best you

10   can.

11   A    He said that we're here to help you,

12   Clifton, we want to make sure you're okay, check you

13   out and everything.  And then as he spoke with me,

14   asked me, you know, Mom, you know, can I see my kids?

15   And I'm like -- in no time, one of the officers took

16   his hand and he missed it, he didn't know he was

17   reaching for his hand, because he had his hands

18   behind his back doing like this, you know,

19   (indicating).  Like he wasn't getting in that car, so

20   he had his hands on the side.  And then he reached

21   for his hand and missed it.  Then --

22   Q    The officer reached for Clifton's hand and

23   missed it?

24   A    Yes.

25   Q    Was it this officer seated here today or

Velencia Maiden

Page 60

1  A  Two.

2  Q  And how old are they?

3  A  15 and 12.

4  Q  And where do they live?

5  A  With my daughter, Bridgette, in Edmond.

6  Q  Who is their mother?

7  A  Bridgette Armstrong.

8  Q  His sister?

9  A  She adopted them.

10  Q  Okay.  Who is their biological mother?

11  A  Jessica Soleman.

12  Q  Why don't they live with their biological

13 mother?

14  A  They had a custody situation.

15  Q  What was the custody situation?

16  A  The kids were to be with their mom and dad

17 if they would go and get help from drugs or -- they

18 didn't go and my daughter adopted them.

19  Q  Okay.

20  A  So I guess that would be a custody suit.

21  Q  All right.  So he's on the ground and he's

22 tussling with the officers, what happens next?

23  A  They got -- put the handcuffs on him.

24  Q  Do you remember which officer put handcuffs

25 on him or did it take both of them to do it?

Velencia Maiden

1     A    Both.  One was on each side.

2     Q    Okay.  And once they got him handcuffed,

3  what happened?

4     A    They had a time trying to handcuff him.

5     Q    What do you mean by that?

6     A    Because it looked like they were struggling

7  with getting the handcuffs on him.

8     Q    Okay.  Do you know how long it took them to

9  be able to finally handcuff him?

10     A    I don't know.  I mean, I can't tell you

11  minutes.

12     Q    Did you see any kind of ambulance or fire

13  arriving on the scene at any time while this was

14  happening?

15     A    I saw -- yes, a fire truck.  I don't know

16  where it went.  I saw ambulance and -- taking him

17  away.

18     Q    Okay.  Okay.  And we'll get to that.

19     A    Oh, okay.

20     Q    All right.  Once they finally got him

21  handcuffed, what happened next?

22     A    I saw them struggling with him, I was so

23  concerned.

24     Q    So they're still having to struggle with

25  him, even though he's handcuffed?

Velencia Maiden

Page 62

1     A     While they were handcuffing him.  They got

2  him handcuffed finally but, you know, I was trying to

3  get him to calm down, calm down, it's going to be all

4  right.

5     Q     But he wouldn't calm down?

6     A     I heard him --

7     Q     Was that no, he wouldn't calm down?

8     A     No.  I heard him say, Mama, I love you, as

9  I was trying to -- I had his legs, just, Clifton,

10  calm down.  And I just heard, oh, (indicating).  I

11  didn't hear anything else from him.  And then the

12  other police came.

13     Q     All right.  Was he kicking his legs and you

14  were trying to get his legs to be still?

15     A     Well, yeah.  He was really, you know,

16  (indicating) and legs, you know, was running and all.

17  I was just hoping maybe the quieter he would be, the

18  easier it is and then maybe, you know, they can --

19  everything would be okay, you know.  But he was like

20  fighting.

21     Q     What was your mother doing while you were

22  holding down his legs?

23     A     She was there.  I honestly wasn't paying

24  her any attention when I was down there with my son

25  trying to calm him down.  It was just matter of

Velencia Maiden

Page 73

1     A     He said like that.

2     Q     How old was he?

3     A     Six or seven.

4     Q     Did you see officers performing CPR on your

5  son?

6     A     Yes, I saw chest compressions.

7     Q     Did you see the officers that were there

8  that night do anything with Clifton, other than

9  trying to get him under control?

10    A     I can't answer that.

11    Q     Did you see any officers use OC spray, use

12  pepper spray on your son?

13    A     No.

14    Q     Did you see any officers take a flashlight

15  and strike your son with the flashlight?

16    A     No.

17    Q     Did you see any officers take out a baton,

18  a stick thing that the officers carry, and strike

19  your son?

20    A     I did not.

21    Q     Did you see any officers administer any

22  kind of blows to your son?

23    A     No.

24    Q     Did you see any officers kick your son?

25    A     No.

Velencia Maiden

Page 83

1          A     Yes.

2          Q     So each individual officer is entitled to

3     know what you're accusing him of.

4                MR. BONZIE:  Objection --

5          Q      (By Ms. Knight) What did he do?

6                MR. BONZIE:  Objection to the form of the

7     question.  Go ahead and answer, if you know.

8                THE WITNESS:  I don't know.

9          Q      (By Ms. Knight) You don't know what he

10    did?

11         A     No, I don't know.

12         Q     And we're seated -- you're right across the

13    table from him?

14         A     Yes.

15         Q     And you don't know why you sued him?

16         A     I don't know.

17         Q     Okay.  Your answer to Interrogatory Number

18    22 on Page 9.

19         A     Is this the correct paperwork?

20         Q     That's it, yes.  Page 9.

21               MR. BONZIE:  Page 9.

22               THE WITNESS:  That's six.

23               MR. BONZIE:  Six.

24         Q      (By Ms. Knight) And it's your -- your

25    Answer to Interrogatory Number 22, you were asked

Velencia Maiden

Page 102

1      Q     And again, you've never watched the
2   interviews they gave to homicide immediately after
3   the event, did you?
4      A     They wouldn't let us.  They wouldn't let us
5   have anything.
6      Q     But your attorneys had them for a long
7   time.  You've never seen them, have you?
8      A     No.  You said immediately after.
9      Q     The interviews that you gave immediately
10  after the incident.
11     A     They didn't let us.  I hadn't even had an
12  attorney.
13     Q     Would you be surprised if your statements
14  were completely inconsistent with any allegation that
15  the officers used excessive force?
16     A     No, I wouldn't be surprised.
17     Q     Why have you filed this lawsuit?
18     A     Because I believe that they actually
19  contribute to this death of my son.  I believe that
20  they excessively used excessive force on my son.
21     Q     Well, tell me what about the force that
22  they used was excessive.
23     A     I don't know exactly, that's why I got an
24  attorney.
25     Q     What did you see that you believe was

Velencia Maiden

1    and hog tied which caused him to die."  Is that your

2    word, "hog tied"?

3         A    You said three, Number 2 or --

4         Q    Page Number 3.

5         A    Yes.

6         Q    Answer Number 2.

7         A    Number 2, which is up here?

8         Q    Yes, ma'am.

9         A    Okay.

10        Q    Are you ready?

11        A    Yes, go ahead.

12        Q    Are you ready?

13        A    I'm ready.

14        Q    "They will all testify the decedent was not

15   resisting arrest and did not have to be restrained by

16   and hog tied which caused him to die," do you see

17   that?

18        A    That's on Page 2.

19        Q    No, ma'am, it's on Page 3.

20        A    Yes, I see that.

21        Q    So you used the word "hog tied," right?

22        A    That's what I called it, yes.

23        Q    That's what you called it.

24             Exhibit Number 12, 123, Photograph 123.

25        A    Uh-huh.

Velencia Maiden

1        Q      Is that before or after the police

2    officers, quote, unquote, hog tied him?

3        A      This is after.

4        Q      Okay.  So when the -- and that's an

5    accurate representation of his feet and ankles, the

6    position they were in when they were done with the

7    hobbles; is that correct?

8        A      Yes.

9        Q      Page 4, Answer Number 3, last sentence,

10   "The officer then grabbed Clifton and hog tied him

11   with a leather strap," do you see that?

12       A      In answer to three, paragraph --

13       Q      Page 4.

14       A      Sentence.

15       Q      Last sentence to Answer 3.

16       A      He sat on the ground, is that the last one?

17       Q      No, ma'am.  "The officer then grabbed

18   Clifton and hog tied him with a leather strap."

19       A      Okay.  I see that.

20       Q      Page 9, Answer 21.

21       A      Okay.

22       Q      "The use of maximum restraint - 'hog tied'

23   - to restrain somebody with mental health issues."

24   Did I correctly read that?

25       A      Yes.