Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF OKLAHOMA


VELENCIA MAIDEN, as Personal )
Representative of the         )
Estate of CLIFTON DARNELL     )
ARMSTRONG, deceased,          )
                              )
            Plaintiff,        )
                              )
VS.                           )   Case No. CIV-14-413-F
                              )
THE CITY OF OKLAHOMA CITY,    )
OKLAHOMA; JEFFREY DUTTON,     )
individually; GREGORY         )
FRANKLIN, individually;       )
MOHAMMED TABAIA,              )
individually; DANIEL          )
HOLTZCLAW, individually,      )
                              )
            Defendants.       )


DEPOSITION OF JEAN GRIFFIN
TAKEN ON BEHALF OF THE DEFENDANTS
IN OKLAHOMA CITY, OKLAHOMA
ON MAY 5, 2015


REPORTED BY:  DAVID BUCK, CSR

DEFENDANT'S EXHIBIT
4

Jean Griffin

```
1        A.   Yes.
2        Q.   Okay.  Do you remember what you had been
3   doing that evening before you became aware of
4   anything going on with your grandson?
5        A.   Yes.
6        Q.   What, what did you do?
7        A.   I had went to choir rehearsal.
8        Q.   And where did you go to church?
9        A.   New Bethel Baptist Church, 1844 East
10  Madison.
11       Q.   Is that still your church?
12       A.   Yes.
13       Q.   Do you still sing in the choir?
14       A.   Yes.
15       Q.   Did you do anything that evening after you
16  were through with choir practice?
17       A.   Yes, my daughter called me.
18       Q.   Okay.  Do you remember about what time she
19  called?
20       A.   Like about between 9:00 and 9:15.
21       Q.   Okay.  And when she called you what did she
22  tell you?
23       A.   She asked me to come and take Clifton to
24  the hospital for her.
25       Q.   Okay.  Did she say why?
```

Jean Griffin

Page 19

1          A.   She said he was acting strange.

2          Q.   Why did she want you to take her to the --

3     to take him to the hospital as opposed to her doing

4     it?

5          A.   Because she was on her way to work.

6          Q.   Where did she work?

7          A.   Jefferson Gardens.

8          Q.   Okay.  Is that an assisted living center?

9          A.   Yes.

10         Q.   And I guess did she work the night shift?

11         A.   Yes.

12         Q.   Do you know why she didn't call for an

13    ambulance to come take him?

14         A.   Well, really they had called for an

15    ambulance.  They had called for the ambulance but the

16    ambulance didn't get there till later.

17         Q.   Okay.  So before she called you she had

18    called an ambulance?

19         A.   I think they had.

20         Q.   Okay.

21         A.   Not sure.

22         Q.   And it just wasn't getting there fast

23    enough?

24         A.   At any rate, she wanted me to go to the

25    hospital with him.

Jean Griffin

1    Mr. Donnelly?

2        A.    The last time I spoke to him?  Oh, down at

3    the police station.

4        Q.    Okay.  That night after this?

5        A.    That night, yes.

6        Q.    Okay.  You never saw him again after that?

7        A.    No, I haven't seen him since.

8        Q.    Okay.  All right.  So you get --

9        A.    Can I take that back?

10       Q.    You can take it back.

11       A.    I saw him during the time after Clifton was

12   buried.  I haven't seen him since he went to Alaska.

13       Q.    Okay.

14       A.    He was there during the week that we were

15   preparing for his funeral.

16       Q.    Okay.  So since he went back to Alaska he's

17   not somebody that was close that you kept in touch

18   with?

19       A.    No, I didn't keep in touch with him.

20       Q.    Okay.  Well, you walk in and do you

21   remember where people were standing?

22       A.    Yes.  As I come in the door I come in the

23   door this way and the two officers were standing

24   there, the couch was right here, Clifton was on the

25   couch and I came through the door and his mother was

Jean Griffin

1  behind him.  It was like -- and I looked at Clifton

2  and I admired him because he looked so good to me.

3       Q.   Okay.  Let me -- just in case this comes up

4  later, would you mind just -- and it doesn't have to

5  be any fancy piece of art, but just kind of describe

6  what you just showed me on the table.

7       A.   I came in the door, went to my left.  The

8  two officers was standing here and right here was the

9  couch and Clifton was here and his mother was behind

10  him and I was standing right here.  (Indicating.)

11       Q.   Okay.  Just so this is clear later, can you

12  mark door where the door is?

13       A.   (Indicating.)

14       Q.   And can you mark where the two -- just say

15  two officers.

16       A.   (Indicating.)

17       Q.   And then put your initials for where you

18  were.

19       A.   (Indicating.)

20       Q.   Your daughter's initials for where she was

21  and Clifton's initials for where he was.

22       A.   (Indicating.)

23       Q.   Okay.  And is that the couch, is that what

24  you said, that was the couch?

25       A.   Yeah, couch.

Jean Griffin

Page 25

```
 1        Q.    Can you just draw an arrow to that and say
 2   couch?
 3        A.    (Indicating.)  C-o-y --
 4        Q.    C-o-u-c-h.
 5              Okay.  I'm just going to go ahead and mark
 6   that as Defendant's Exhibit 1.
 7              (Defendant's Exhibit Number 1 marked for
 8              identification purposes and made part of
 9              the record.)
10        Q.  (By Ms. Knight) Okay, thank you, Ms.
11   Griffin.  So that's what you observed when you went
12   in.  And then what happened?  You talked to Clifton
13   and told Clifton he looked good.  What did Clifton
14   say to you?
15        A.    Because I was looking at him so hard he
16   said, it's me, grandma.
17        Q.    Okay.
18        A.    I told him you really look good and he did.
19        Q.    Okay.  Did you have any further
20   conversation with him?
21        A.    I said, I thought I was going to take you
22   to the hospital.  He said, oh yeah.  I said, are you
23   going to go with me?  He said, yeah, grandma, I'm
24   going to go.  So we stood there for a minute.  Then I
25   got up and went outside to the car and he followed
```

Jean Griffin

1    me.   Then he said he wanted to ride in his mother's

2    car because my car only had two doors and I wanted

3    him to go in my car because it had two doors.   I

4    forgot her car had child locks.   And so we were just

5    standing there, just standing.

6         Q.   Why did the fact that your car had two

7    doors on it have any bearing on which car you wanted

8    him to go in?

9         A.   My car was a two door car.   It was a

10   Hyundai, black Hyundai.   What did you say?

11        Q.   Why did it matter how many doors were on

12   the car?

13        A.   After we got in my car and changed his

14   mind, he was in the backseat, he couldn't get out.

15        Q.   Okay.

16        A.   Before we got to the hospital.

17        Q.   What hospital did you plan on taking him

18   to?

19        A.   I planned on taking him down to St.

20   Anthony's.

21        Q.   They have a mental healthcare --

22        A.   Yes.

23        Q.   -- part of their hospital?

24        A.   Yes, they do.

25        Q.   Okay.   Had you ever taken him there before?

Jean Griffin

Page 28

1        Q.    Were you concerned in any way about his

2    behavior from what you observed?

3        A.    Clifton's behavior?

4        Q.    Yes.

5        A.    No.

6        Q.    Did you have any concerns about his mental

7    state from your contact with him up to that point?

8        A.    No.

9        Q.    Okay.   What happened next?

10       A.    He was standing behind -- between my car

11   and his mother's car, behind his mother's car and all

12   at once -- he sat down first then all at once he

13   jumped up, he stripped, had his hands up in the air

14   and he said, see, I don't have anything, I don't have

15   anything, then he looked at the officers that were

16   there and he recognized them and he said, I know you.

17       Q.    Which officer?

18       A.    He was just looking in that direction.   He

19   didn't call no name.   Both of them was standing by

20   themselves.

21       Q.    So you're not sure which one he was talking

22   about?

23       A.    No, no.

24       Q.    Okay.

25       A.    He said you all's some dirty policemen.

Jean Griffin

Page 29

1   And he said, you wanted me to put my pee pee in your

2   mouth.  And that's when the officer advanced to him,

3   just ran to him and grabbed his arm and put it behind

4   him and they were wringing this other arm so I

5   thought they were going to break it because they

6   couldn't get it behind him and I told Velencia, I

7   said, they're going to break his arm because that's

8   the way they were wringing it, just wringing it.  And

9   we were trying to talk to him and calm him down but

10  he just kept -- the officer kept wringing his arm

11  trying to get it behind him.  Then he just kept

12  telling his mom, I love you, I love you.  And I

13  caught one of his legs and his mother caught the

14  other leg then one of the officers got to his phone

15  and called for help.

16      Q.   You pointed to your shoulder, you're

17  talking about on their police radio?

18      A.   Yeah, on the police radio.  He came first.

19      Q.   Let me make sure here before we get ahead

20  of ourselves.  The officer that took him to the

21  ground and the officer that was waving his right arm?

22      A.   I couldn't tell the difference.  Everything

23  was happening so fast.

24      Q.   I understand.  But was -- did either of

25  these two officers --

Jean Griffin

Page 30

1      A.    No.  They hadn't got there yet.

2      Q.    Okay, Officer Dutton and Officer Tabaia

3  weren't even there yet.  Right?

4      A.    No, no.

5      Q.    Okay.  So, it would have been Officer

6  Holtzclaw and Officer Franklin?

7      A.    Yes.

8      Q.    Is that right?

9      A.    Yes.

10      Q.    Do you remember which one put his arm back

11  and which one was fooling with his other arm?

12      A.    Like I said, everything was happening so

13  fast at that time, no, I don't remember.

14      Q.    When Clifton took his clothes off, were you

15  concerned about his mental state at that point?

16      A.    Yes, I was.

17      Q.    Okay.  Had you ever seen him do anything

18  like that before?

19      A.    No.

20      Q.    Okay.  Why did you and your daughter get

21  into this and hold his legs, hold Clifton's legs?

22      A.    Because I thought they were going to break

23  his arm and I figured if we could just hold him

24  somehow where we could call for help then, you know,

25  his arm wouldn't get broke because the way they were

Jean Griffin

1   wringing it, I just knew his arm was going to get

2   broke.  And that's when I told them just help him a

3   little bit.

4        Q.   Was Clifton -- let me ask you this.  Did

5   you hear the officers issue any commands to Clifton?

6        A.   No, not until he came up.

7        Q.   Okay.  He being Officer Dutton?

8        A.   Yes.

9        Q.   Okay.  But the whole time that he's got his

10  clothes off and the other two officers come up to

11  deal with him, you never heard them say get on the

12  ground, give us your arm, anything like that at all?

13       A.   No, no, wasn't nobody saying anything but

14  Clifton.

15       Q.   Okay.  Did Clifton say anything other than

16  what you've already testified to?

17       A.   Just that he loved his mama.

18       Q.   Okay.  All right.  So you and your

19  daughter, do you remember which leg each of you had?

20       A.   I had his right leg and his mother had his

21  left leg.

22       Q.   Okay.  And at that point in time in terms

23  of physical hands on contact with your grandson, it

24  was you and Velencia and Officer Franklin and Officer

25  Holtzclaw?

Jean Griffin

Page 33

1      A.    He walked up very slowly.  He had something

2  under his arm and I think he had a light.

3      Q.    Flashlight?

4      A.    A flashlight and he just calmly walked up

5  and he stuck his hand off in there and raised up and

6  said get them in the house right now.  And I --

7      Q.    You were making a motion with your hand.

8  What was he doing?

9      A.    Officer Dutton looked like he reached over

10  into touching Clifton, he looked down off in there

11  and his hand went down.  That's all I could see.

12      Q.    Okay.

13      A.    And then when he raised up --

14      Q.    Wait, I'm sorry, I'm not trying to

15  interrupt you, I just want to make sure I understand.

16  Is Clifton on the ground at this time?

17      A.    Clifton is on the ground at this time.

18      Q.    And is he on his stomach or on his back?

19      A.    He's on his back.

20      Q.    Okay.  Now I'll let you tell your story.

21      A.    He raised, he didn't raise all the way up,

22  he just came up and said get them in the house right

23  now.  And I said, why, we're not doing anything.  And

24  he repeated himself, said get them in the house right

25  now.  So, they put us in the house.

Jean Griffin

1     Q.   Okay.  Did somebody escort you to the house
2   or did you just go on your own?
3     A.   The first time an officer came halfway.
4     Q.   Which officer?
5     A.   I don't know.
6     Q.   Okay.
7     A.   They just came halfway and we went on in
8   the house.  Then when I got in the house I came back
9   out.
10    Q.   Okay.  Did Velencia go in the house with
11  you?
12    A.   Yes, she went in the house.
13    Q.   All right.  And did you see Carlton, what
14  he was doing at this time?
15    A.   He was sitting on the couch at that time.
16    Q.   What happened next?
17    A.   I came back out.
18    Q.   Okay.  And what did you see when you came
19  back out?
20    A.   They had him sitting by the tree on this
21  little edge they had built and they had his hands
22  behind him and they were about to put the feet up and
23  one officer said, he's short.  I didn't know what
24  that meant.  By that time I ran back in the house
25  again and I came back out again.

Jean Griffin

Page 35

1      Q.    Did you know anything about Carlton

2   punching the numbers on the keypad on the alarm in

3   your daughter's house?

4      A.    That wasn't Carlton, that was Clifton.

5      Q.    I'm sorry?

6      A.    That was Clifton.

7      Q.    Okay.   That's what I meant to say if I

8   didn't.

9            Did you know about Clifton doing that?

10     A.    I heard about it.

11     Q.    Okay.   But you weren't there when it

12   happened?

13     A.    No, I wasn't there.

14     Q.    What were you told about what had happened

15   with that?

16     A.    She said when she got there he was just

17   punching the keypad on the thing, he was calling for

18   help.

19     Q.    Okay.

20     A.    And that's all.

21     Q.    Did Velencia tell you about that?

22     A.    Yes.

23     Q.    What kind of help was he needing that he

24   was punching the keypad?

25     A.    She said that he said he thought somebody

Jean Griffin

Page 36

1   was after him.
2       Q.   Did she know who he was talking about that
3   was after him?
4       A.   No.
5       Q.   And never told you who he said was after
6   him?
7       A.   No.  I don't remember.
8       Q.   Okay.  When you came back out the second
9   time after going in the house, what did you see?
10      A.   I seen Clifton on the ground and looked
11  like they were doing CPR but his face was down and I
12  kind of wondered about that.  By that time they
13  brought me back in again and I came back out again.
14  I couldn't keep in the house for my grandson.
15      Q.   Who was doing CPR, which of these officers
16  did you think was doing CPR?
17      A.   I couldn't tell because their back was to
18  me.  But all I know, I came back in the house and I
19  said they're doing this, they're doing this and
20  somebody said CPR, I said I guess but they're doing
21  this, they're doing this.  I said, but his face was
22  down.  It wasn't -- it wasn't like CPR.  I know CPR.
23  I had CPR before.
24      Q.   Was he on his back?
25      A.   He was face down.

Jean Griffin

1   in the ambulance and I couldn't see anything else.

2   They took off.

3      Q.   Okay.  From the time that you thought

4   Clifton was with you to get into your car to go to

5   the hospital until the time he was put in the

6   ambulance, about how much time passed?

7      A.   Thirty to 45 minutes.

8      Q.   Okay.  How long were the officers

9   struggling with Clifton?  How long did that go on?

10     A.   Like about ten minutes, not long.

11     Q.   Okay.  Did you speak to any of the officers

12  after -- from your initial contact and then you and

13  your daughter held down Clifton's legs and then you

14  went in and out of the house, from that point forward

15  did you have any more conversations with any of these

16  officers?

17     A.   There was an officer came in and said

18  something has gone very wrong.

19     Q.   Which officer came in?

20     A.   I don't know.

21     Q.   Do you know if it was one of the four that

22  have been named in this lawsuit?

23     A.   I don't think so, no.

24     Q.   Okay.

25     A.   And I asked him, I said, if something's

Jean Griffin

Page 43

```
 1        Q.   Okay.  And what did they do that you
 2    believe was wrong?
 3        A.   Number 1, when they had him down on the
 4    ground face down, that was wrong.
 5        Q.   Okay.  What else?
 6        A.   That was the biggest thing that was wrong.
 7        Q.   Okay.  Anything else?
 8        A.   And they had him hogtied, I call it
 9    hogtied, they were bringing his foot up.  He hollered
10    he was short.  That, I don't know why they would do
11    that.
12        Q.   And in what position was Clifton when he
13    was restrained with the hovels?
14        A.   It was on his legs around this tree, he was
15    on his knees and he was face up facing the west and
16    they was bringing his legs up behind him.
17        Q.   Okay.  So that was in the process of
18    getting him restrained?
19        A.   I guess.
20        Q.   Did you see him when he was completely
21    restrained?
22        A.   No.
23        Q.   So you don't know if he was on his side or
24    on his stomach or --
25        A.   No, no.
```

Jean Griffin

1    legal definition of hogtied?

2        A.    No.

3        Q.    And the case is that if the legs and the

4    hands are separated by 12 inches or less?

5        A.    I don't know.

6        Q.    Okay.  Are you going to take the stand and

7    say that these officers fixed him up somehow so that

8    his hands and feet were 12 inches or less?

9        A.    They couldn't get his hands and feet up

10   there.  They said he was short.

11       Q.    Okay.

12       A.    Now, what I seen looked like they were

13   fixing to do it.

14       Q.    Okay.

15       A.    I know his hands were behind him and they

16   were trying to get his feet up and they said he's

17   short.  Now, I know that.

18       Q.    I understand that, ma'am.

19             But did you ever see them bundle him up so

20   that his hands and feet were 12 --

21       A.    Not completely, no.

22       Q.    Can you let me finish just so the court

23   reporter can get it down?

24       A.    All right.

25       Q.    Did you ever see it so that they were

Jean Griffin

Page 64

1    completely done and his hands and feet were less than

2    12 inches apart?

3         A.   No.

4         Q.   Is hogtied your word or your lawyer's word?

5              MR. BONZIE:   Objection to the form of the

6    question.

7         Q.   (By Mr. Smith) Is hogtied your word?

8         A.   What you mean by that because I said it?

9         Q.   I asked you, what does hogtied me to you?

10        A.   That would be hogtied to me.

11        Q.   Okay.

12             (Defendant's Exhibit Number 5 marked for

13             identification purposes and made part of

14             the record.)

15        Q.   (By Mr. Smith) I'm going to hand you what's

16   been marked as Defendant's Exhibit Number 5.   These

17   purport to be pictures provided by your attorney to

18   us and I assume that's your daughter on the top.   Is

19   that your daughter?

20        A.   Yes.

21        Q.   And I presume that she's trying to describe

22   for the person who is taking the picture the position

23   that your grandson was in.

24        A.   Yes.

25        Q.   Does that look like less than 12 inches to

Jean Griffin

Page 65

1    you between the hands and the feet?

2         A.    Yes.

3         Q.    It does look like --

4         A.    Looks like more.

5         Q.    Okay.   There's a difference, less or more.

6         A.    It looks like more than 12 inches.

7         Q.    Exactly.

8               (Defendant's Exhibit Number 6 marked for

9               identification purposes and made part of

10              the record.)

11        Q.    (By Mr. Smith) I'm going to hand you what's

12   been marked as Defendant's Exhibit Number 6, which

13   purports to be a police report of the interview that

14   you gave.  And I guess you haven't seen that document

15   either, have you?

16        A.    Oh well.

17              (A brief pause.)

18              Yes, he didn't ask me all these questions.

19   Some of them was right, some of it's wrong.

20        Q.    Okay.   I have given you an opportunity to

21   read the statement, correct, or the report.  Correct?

22        A.    Yes.

23        Q.    Now, you started laughing when you were

24   reading something on Page 1.  What was that that you

25   were laughing about?

Jean Griffin

1      Q.   They were able to get Armstrong restrained.

2  The officers told them to go inside the residence.

3         You've said that three times they told you,

4  you said that's one of the things they did wrong.  Do

5  you think they told you to go inside the residence

6  because they were concerned about your health?

7      A.   They weren't concerned about my health,

8  they were telling me to get back in there, they

9  didn't want me to see.

10      Q.   That's what you think?

11      A.   Yeah, that's what I think.

12      Q.   Did you ever ask them?

13      A.   No, not at the time.  I didn't have time.

14      Q.   Okay.  So when they take the stand and say

15  they were turned concerned for her welfare because we

16  didn't want her to be hit by Mr. Armstrong or kicked

17  by Mr. Armstrong, you've got nothing to refute that,

18  do you?

19      A.   No, I don't.

20      Q.   Okay.  Then the next paragraph's pretty

21  interesting to me, the very last line.  I didn't see

22  them -- I didn't see anything they done wrong, they

23  were just trying to help him.

24         Did I correctly read that?

25      A.   That's what I thought they were doing.

Jean Griffin

Page 70

1       Q.   Is that a true statement?

2       A.   That's a true statement.  That's --

3       Q.   That's different than what you said today,

4   isn't it?

5       A.   I wasn't asked a question like that.

6       Q.   So this statement is wrong?

7       A.   At the time this statement was taken that's

8   what I thought.

9       Q.   So what's happened since then?

10      A.   I had time to recap my thinking.

11      Q.   I see.

12            The first paragraph, second page, last

13   line, Griffin stated the officers told Armstrong they

14   only wanted to take him to the hospital, but, quote,

15   he wasn't hearing none of that, end quote.

16            Do you see that?

17      A.   Let me read it I guess.

18      Q.   Excuse me?

19      A.   Yes.

20      Q.   Did they say that?  Did they tell your

21   grandson that they were trying to help him?

22      A.   When we were standing out there, yes, that

23   was before he took his clothes off.

24      Q.   Okay.  But you don't think that was a true

25   statement?