Attachment # 4-C-11

Standard Supplement Report

Reported Date: 05/01/13 Time: 20:45 Case: 13-035649 (042) Page: 1
S[illegible]: 43A-5-207 SS Crime: MTL HLTH INTV Class:
Occurrence Date: 05/01/13- Day: WEDNESDAY- Time: 20:45-
Status: AS ASSIGNED Closing Officer:
Location: 1421 NW. 99TH ST., OK RD: 494

NARRATIVE

DEFENDANT'S EXHIBIT 5

RE: In Custody Death

Subject: Interview with Velencia Maiden

Location: 2nd Floor Homicide Office

This interview was recorded on DVD therefore this report will be a brief summary not verbatim.

Body of Report:

On 05/01/13 at approximately 23:50 I interviewed Velencia Maiden on the second floor Homicide Office. Prior to starting the interview I retrieved contact information from her. Velencia lives at 1421 NW 99th with her Roommate Carlton. Velencia stated she has been living on NW 99th for 20 years. Velencia said her Son Clifton Armstrong lives somewhere on NW 98th and Waverly and he [illegible]s alone.

I asked Velencia to tell me about her son. Velencia stated her Son Clifton was a nice kid but was dealing with a situation in not having himself together. Velencia stated Clifton was getting a job and she had cooked breakfast for him this morning and he was doing really good. Velencia said Clifton was concerned the Police was trying to kill him. I asked Velencia why Clifton felt this way. Velencia said Clifton has had run ins with the Police before. Velencia claims Clifton had been talking about this for months and felt the Police were trying to kill him. Velencia claims Clifton was telling the Police during his contacts with them that they (Police) were trying to kill him. Velencia claims Clifton told her Police had jumped on him before and used excessive force causing him to be scared.

Velencia said Clifton has had several arrest and just got out of jail last week.

I asked Velencia about medical conditions and if Clifton took medicine. Velencia said "no". I asked Velencia about Clifton using drugs. Velencia said as far as she knew he had used meth in the past. Clifton has never been to rehab but Velencia thought it would be a good idea for him to have gone to rehab. Velencia suggested to Clifton he needed to go to rehab. Clifton responded by saying he would go but he was doing fine at the moment. Clifton has used marijuana as well. Velencia claims Clifton told her he tried meth again when he got out of jail last week and for the past three days Clifton has

Standard Trailer - First Page

Reporting Officer: BENAVIDES ROB Number: 001146 Date: 05/15/13 Time: 10:50
Typed by: PDRB1146V Number: 1146 Date: 05/15/13 Time: 10:47
Approving Officer: NEAL, RUSSELL Number: 000868 Date: 07/22/13 Time: 12:53

S t a n d a r d   C o n t i n u a t i o n   P a g e

eported Date: 05/01/13 Time: 20:45 Case: 13-035649 (042) Page: 2
e: 43A-5-207 SS Crime: MTL HLTH INTV Class:

een real paranoid someone was trying to kill him.

Clifton felt like the Police were after him, watching him waiting to get him as well as all types of gang members. Velencia said Clifton was going n and out meaning one minute he would be fine and the next minute he was cting up paranoid and hallucinating.

I asked Velencia if Clifton was acting this way (paranoid) tonight. elencia said yes he was paranoid. Velencia stated they were trying to get lifton into the car to take him to the hospital but Clifton did not want to go with them or the Police. Velencia said she told Clifton you either go with them Police) or we will have to take you. Jean Griffin arrived to help and Clifton aid he would go but Velencia had to go with them. Velencia said they walked to the car and once they reached the car Clifton decided he did not want to go. Velencia claims Clifton did not trust the Police standing by him and Clifton old them to get away from him. Velencia claims the Police grabbed Clifton and hrew him down to the ground.

I asked Velencia what time Clifton arrived to her house on this night. elencia arrived home from church at 21:15 hours. Clifton was already there. er roommate Carlton told her Clifton showed up at the house with no clothes on. Clifton came into the house and walked up to the dryer and grabbed clothes ut of the dryer putting them on.

Velencia said she did not know what was going on with Clifton so she said it was time for Clifton to go to the hospital because he was paranoid t everything. Velencia said she told Clifton its time you go get help. ncia claims Clifton asked her if she thought he needed help. Velencia told him he needed help.

Velencia said Carlton her roommate told her Clifton showed up naked and old him he needed to get out because he (Carlton) was in his room so he needed to leave. Velencia said while she was at the house Clifton asked her in front of Carlton about it being his room. Velencia told him it was not his room ecause he (Clifton) had not lived with her in a long time. Velencia said lifton seemed to be getting more and more upset. Velencia said she knew Clifton was getting upset and she had a big concern and knew Clifton needed to et help immediately.

I asked Velencia if Clifton ever threatened her or Carlton with violence. Velencia said never to her but she did not know about Carlton. elencia again claims Clifton just felt concerned he was going to be killed. I sked Velencia if Clifton seemed high to her. Velencia said Clifton seemed scared. I asked Velencia since Clifton was acting this way on this night did she think Clifton took some type of drug. Velencia said Clifton had been acting his way for the past three days. Velencia said they told Clifton its not what our seeing, nobody is after him and nobody was trying to hurt him. Velencia claims Clifton told her to believe him because they (unknown) have been atching him and coming by. Velencia then said the Police had been coming by nd on one occasion the Police were looking for a female but Clifton thought hey were after him.

S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n

| | | | |
|---|---|---|---|
| Reporting Officer: BENAVIDES ROB | Number: 001146 | Date: 05/15/13 | Time: 10:50 |
| Typed by: PDRB1146V | Number: 1146 | Date: 05/15/13 | Time: 10:47 |
| pproving Officer: NEAL, RUSSELL | Number: 000868 | Date: 07/22/13 | Time: 12:53 |

Standard Continuation Page

eported Date: 05/01/13 Time: 20:45 Case: 13-035649 (042) Page: 3
 ~e: 43A-5-207 SS Crime: MTL HLTH INTV Class:

Velencia referred once again to the Police harassing Clifton while on a bike and giving him a hard time. Velencia claims Clifton kept saying the Police had a hit on him. Velencia was repeating what Clifton told her.

I asked Velencia who called the Police. Velencia said Clifton did. Velencia feels Clifton used the touch pad alarm system in the house to call the Police. Velencia said she was home for approximately ten minutes before the olice showed up. Velencia stated this occurred about 21:25 hours.

Velencia said when the Police arrived she told them to come into the house. Clifton was drinking a juice but was drinking it out of the bottle. lifton then went outside and poured the entire bottle out on the grass, then came back inside and said he felt like he was "losing it". Velencia told him it was time to get help.

Velencia said this conversation went on for a while before they were able to get him to the car. Once they reached the car Clifton started to pull back not wanting to go. Velencia claims when the Police showed up they were ixing to handle him like he was trouble but she told the Police Clifton was aving some problems like schizophrenia. Velencia told the Police Clifton needed to go to the hospital to be evaluated. Velencia said the Police were trying to get Clifton to go with Jean to the hospital and were trying to coerce im to the car.

Velencia said Clifton told her he would go in her car but the Police d him no and to go with Jean since her car was a two door vehicle. Velencia the Police felt it would be better for Clifton to ride in a two door vehicle versus a four door vehicle like her (Velencia) car.

Velencia said once they got Clifton to Jean's car Clifton decided he as not going. The Police were prompting Clifton to get in Jean's car but Clifton told the Police "dont touch me". Velencia said once the Police tried to touch Clifton, Clifton started saying "I did'nt do anything" "why are yall essing with me". Clifton then threw a water bottle up in the air, started ..ollering "why yall messing with me, they messing with my pee pee". Clifton then ran and took off all his clothes so the Police started to tackle him down. Velencia said two Police Officers took Clifton down to the ground and she was rying to participate with the Police but Clifton was fighting them to get up. Velencia said Clifton continued to holler and started hollering for her.

Police were able to get one handcuff on but they were struggle to get he second cuff on. Clifton was struggling with the Police Officers. Velencia said the Police put something around Clifton's ankles and another Police car arrived because they needed help. Police told Velencia and Jean to get away and o into the house.

Velencia stated all she knows is Clifton was hollering for her but then she did not hear him hollering any longer. Velencia claims the Police kept them nside and would not let them come outside. Velencia claims all she could see was when the Police had Clifton turned over doing CPR. Velencia said this is

Standard Trailer - Continuation

Re orting Officer: BENAVIDES ROB Number: 001146 Date: 05/15/13 Time: 10:50
Typed by: PDRB1146V Number: 1146 Date: 05/15/13 Time: 10:47
pproving Officer: NEAL, RUSSELL Number: 000868 Date: 07/22/13 Time: 12:53

S t a n d a r d   C o n t i n u a t i o n   P a g e

.eported Date: 05/01/13 Time: 20:45 Case: 13-035649 (042) Page: 4
.' 'e: 43A-5-207 SS Crime: MTL HLTH INTV Class:

-ll she saw after they (Police) started struggling with Clifton.

Velencia claims the Police Officers were performing CPR for 10 minutes before EMSA showed up. Velencia claims when she finally came out she was told hey were investigating because Clifton was having trouble breathing. Velencia laims the Police kept telling her something went wrong and this is were she did not understand because she does not know what happened at this point.

We went over what kind of participation Velencia did when Clifton as fighting with the Police. Velencia said she tried to hold Clifton's leg down so Police could put handcuffs on him. Velencia said she told Clifton to be still. Velencia said Clifton had one hand under his stomach and the Police were truggling to get him handcuffed.

I asked Velencia if she saw Police hit, punch or kick Clifton at any ime. Velencia said "no". Velencia said Police Officers were using all the orce they could to hold Clifton down to the ground. Velencia said there was definitely a struggle and Clifton was strong. The Officers were having a hard time with Clifton.

I asked Velencia if the Police ever said Clifton was going to jail. Velencia said "NO". Velencia said the Officers told Clifton "were not here to hurt you or take you to jail". Velencia said it seemed Clifton did not trust he Police.

I asked Velencia if Clifton ever threaten suicide. Velencia shook her d indicating "no".

I asked Velencia if she saw the Officers do anything wrong. Velencia said she did not see it and is not saying the Officers did anything wrong. elencia said when they made them go inside the house she found that to be trange.

Velencia is waiting for the Medical Examiners report.

During this interview Velencia stated she heard the Officers giving Clifton commands.

For word for word see DVD.

=================================End of Report #1146========================

obbie Benavides #1146
Homicide Unit, H9

S t a n d a r d   T r a i l e r - C o n t i n u a t i o n

| | | | |
|---|---|---|---|
| Re orting Officer: BENAVIDES ROB | Number: 001146 | Date: 05/15/13 | Time: 10:50 |
| Typed by: PDRB1146V | Number: 1146 | Date: 05/15/13 | Time: 10:47 |
| pproving Officer: NEAL, RUSSELL | Number: 000868 | Date: 07/22/13 | Time: 12:53 |