# EXHIBIT 5A
# VIDEO OF VELENCIA MAIDEN INTERVIEW
# FILED CONVENTIONALLY