EXHIBIT 6A
VIDEO OF JEAN GRIFFIN INTERVIEW
FILED CONVENTIONALLY