```
================================================================================
                    S t a n d a r d    S u p p l e m e n t    R e p o r t
================================================================================
Reported Date: 05/01/13  Time: 20:45          Case: 13-035649 (038)  Page: 1
   : 43A-5-207 SS        Crime: MTL HLTH INTV Class:
Occurrence Date: 05/01/13-              Day: WEDNESDAY-              Time: 20:45-
Status: AS  ASSIGNED                    Closing Officer:
Location: 1421 NW. 99TH ST., OK                                      RD:  494

======================= NARRATIVE =============================================
```

RE: In-Custody Death Clifton Armstrong

Subject: Interview with Ofc. Dutton #1781

Location: OCPD Headquarters

Date/Time: 5-6-13 @ 1335 hrs

                 ******************************************

Note: The following is a summary of my interview with Ofc. Dutton. Interview was video recorded. For complete details, refer to the DVD under this case number.

BODY OF REPORT:

On 5-6-13, Det. Benavides and I conducted an interview with Ofc. Dutton. Attorney Susan Knight who was representing Ofc. Dutton was also present. During this incident, Ofc. Dutton was assigned to Springlake Division, working set A, and his unit number was 2C111.

The night of the incident, Ofc. Dutton received a call in reference to an attempt suicide. Ofc. Dutton read the comments on the call, and it had two addresses listed, one of NW 98th and the other on NW 99th st. The call also stated the calling party said he was seeing dragons.

Ofc. Dutton went by the address on NW 98th, and Ofc. Tabiai #1817 was already at the location. They checked out the house, but it didn't appear as if anyone was home. Ofc. Dutton then proceeded to 1421 NW 99th st.

When he arrived, Ofc. Dutton came in contact with Clifton Armstrong, who was coming out of the front door. Clifton then proceeded to tell Ofc. Dutton, "There is a guy in there, I don't know who he is. He is not supposed to be in there and he needs to get out." Ofc. Dutton looked through the bay window on the front porch and saw a male (Wi Carlton Donnelly) and female (Wi Valencia Maiden) standing inside.

As Ofc. Dutton entered the house, Wi Valencia Maiden was pressing numbers on the alarm key pad. Valencia then tells Ofc. Dutton to not pay attention to Clifton, because Carlton is her friend and he is supposed to be there. She informed Ofc. Dutton, Carlton is her roommate and Clifton is a having another episode and he is delusional. I asked Ofc. Dutton who Wi Valencia was referring too about having another episode and being delusional, and he said Clifton, who is Wi Valencia's son.

While Valencia was still messing with the alarm keypad, Clifton continued to
```
================================================================================
                    S t a n d a r d    T r a i l e r  -  F i r s t    P a g e
================================================================================
Reporting Officer: PALMER KENNET   Number: 001191  Date: 05/09/13  Time: 13:16
       Typed by: PDKP1191V         Number: KP3081  Date: 05/09/13  Time: 13:14
Approving Officer: NEAL, RUSSELL   Number: 000868  Date: 07/22/13  Time: 12:53
```



000053

```
================================================================
              S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================
Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (038)   Page: 2
C█: 43A-5-207 SS         Crime: MTL HLTH INTV  Class:
```

say Carlton is not supposed to be there. By this time, Ofc. Tabiai was also at the scene. Ofc. Dutton then approached Carlton, thinking he was possibly the calling party. Ofc. Dutton asked Carlton if he had any identification on him and Carlton provided him with an Alaskan Identification card. Ofc. Dutton asked Carlton if he lived there and Carlton told him "Yes, I have a room here." Ofc. Dutton asked Carlton if he could see the room, so Carlton showed Ofc. Dutton where he slept and his personal items.

When Ofc. Dutton went back out to the living room, he stated Clifton was pressing numbers on the alarm keypad. Ofc. Dutton later found out, Clifton was pushing the panic fire alarm button, because the Oklahoma City Fire Department arrived at the scene. Ofc. Dutton told dispatch to 10-22 Fire, because they were not needed.

After OCFD was cancelled, Ofc. Dutton observed Clifton and Valencia arguing about him needing to get evaluated by a doctor. When Valencia told Clifton this, he responded by telling Valencia she needed to be checked out. At this point, Ofc. Dutton started to realize Clifton possibly had psychological issues. Although Ofc. Dutton felt that Clifton had psychological issues, he did not have enough to EOD him and that time. Clifton then kept repeating that Carlton wasn't supposed to be at the location, he needed to leave, and he has never seen him before in his life.

As Valencia and Clifton were arguing about him being evaluated, Jean Giffin (Clifton's Grandmother), arrived at the house. When Jean walked inside, she immediately told Clifton, let's get you downtown, so that you can speak to someone. Ofc. Dutton realizes at this time, Clifton possibly has a history with these types of issues. Ofc. Dutton also started to tell Clifton that he needed to go get some help and tried to convince him to seek it. When Ofc. Dutton told Clifton this, Clifton refused to go. Ofc. Dutton was eventually able to get Clifton to seek medical attention, but Clifton stated "I need to get my cigarettes in the basement." Clifton was reminded there wasn't a basement in the house, by Valencia, so Clifton sat back down on the couch.

Ofc. Dutton stated the conversation between Jean, Valencia, and Clifton went on for several minutes trying to convince Clifton to seek medical attention, but Clifton kept changing his mind when they convinced him to seek it. At one point, Clifton agreed to go again, then made the statement "Ok, let me go get my lawnmower." Ofc. Dutton was starting to realize how delusional Clifton really was. Ofc. Dutton stated Clifton at this point was still not a threat to himself or anyone else, so he made the decision to not physically force Clifton to seek medical attention.

Clifton then walked to the kitchen and removed a water bottle from the refrigerator. Clifton again decides he was going to seek medical attention, but as he is walking from the kitchen, he started to squirt water on the floor from out of the water bottle. Once Clifton reached the living room, he again sat on the couch. While Clifton is sitting on the couch, he again started to pour water on the floor from the water bottle. Jean asked him why was he doing this, and Clifton told her "I don't know."

```
================================================================
              S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================
Reporting Officer: PALMER KENNET  Number: 001191  Date: 05/09/13  Time: 13:16
        Typed by: PDKP1191V       Number: KP3081  Date: 05/09/13  Time: 13:14
Approving Officer: NEAL, RUSSELL  Number: 000868  Date: 07/22/13  Time: 12:53
```

===============================================================================
                    Standard    Continuation    Page
===============================================================================
Reported Date: 05/01/13   Time: 20:45        Case: 13-035649 (038)   Page: 3
■: 43A-5-207 SS          Crime: MTL HLTH INTV Class:

Ofc. Dutton again explained to Clifton that he needed to seek medical attention and tried to explain to him that he was not in trouble. Ofc. Dutton gave Clifford a choice to ride with him or anyone else he would like to ride with. Ofc. Dutton was able to convince Clifton to start heading out the door, so that he could receive help, and Clifton followed him onto the front porch. Again, Clifton made an excuse stating he forgot something and needed to go back inside the house, but Ofc. Dutton would not let him re-enter. Ofc. Dutton described the action of trying to get Clifton to a vehicle as "corralling him", trying to prevent Clifton from getting side tracked and prolonging seeking medical attention.

The officers were able to get Clifton down into the front yard by the driveway, but Clifton kept attempting to make his way back inside the house. Ofc. Dutton described the vehicle in the driveway as being a white SUV (Hyundai Fusion 257-JCL), where Wi Valencia was trying to get Clifton inside, but he refused. SU Clifton told them he wanted to go with Jean and Valencia, but he didn't want to ride in the Hyundai Fusion. Clifton stated he wanted to ride in Jeans car (Hyundai Accent 592-GXI), which was parked on the street in front of Ofc. Dutton's scout car.

Ofc. Dutton informed Clifton that was fine and started to escort him to the Hyundai Accent. As they were walking towards the vehicle, Clifton attempted to walk back into the house, but Ofc. Dutton prevented him from doing so. Ofc. Dutton stated Jean was already in the car, with the passenger door open, waiting for Clifton to get in. Jean refused to let Clifton ride up front, due to her fearing he would jump out, while the vehicle was moving. Ofc. Dutton ■■d Jean does Clifton have a history of jumping out of vehicles, but she ■■ed "No, but I think he would." Ofc. Dutton then asked Jean has Clifton ever been diagnosed with any type of mental issues, and Jean told him Clifton hasn't officially been diagnosed with anything, but he has a history of drug use. Jean also stated they think Clifton got ahold of some bad drugs with something mixed up in it. Ofc. Dutton doesn't know how long ago Jean was referring to the bad drugs, but from his understanding, Clifton recently was released from jail.

As they approached the Hyundai Accent, Clifton stopped and sat down in the grass next to the curb. Ofc. Dutton then utilized the dry erased board in the interview room to draw the scene and gave us an indication where everything occurred.

When Ofc. Dutton asked Clifton what was he doing, Ofc. Dutton said a switch went off in Clifton. Ofc. Dutton described Clifton from being a fairly articulate forty year old, to acting like a child. Clifton started making noises that were incoherent. Ofc. Dutton described Clifton's behavior as a mentally deficient handicapped child, which had a speech impediment. I asked Ofc. Dutton what was Clifton saying, and he stated he was unable to understand Clifton. While this occurred, Clifton became louder and louder, to the point he was screaming. Ofc. Dutton said Clifton could probably be heard clearly, at least three houses away. Clifton then threw the water bottle he was carrying up in the air.

Jean and Wi Valencia started telling Clifton to get up off the ground and asked
===============================================================================
                  Standard    Trailer   -   Continuation
===============================================================================
R■■rting Officer: PALMER KENNET   Number: 001191   Date: 05/09/13   Time: 13:16
     Typed by: PDKP1191V          Number: KP3081   Date: 05/09/13   Time: 13:14
■pproving Officer: NEAL, RUSSELL  Number: 000868   Date: 07/22/13   Time: 12:53

000055

```
===============================================================================
                 S t a n d a r d    C o n t i n u a t i o n    P a g e
===============================================================================
Reported Date: 05/01/13  Time: 20:45          Case: 13-035649 (038)  Page: 4
Code: 43A-5-207 SS       Crime: MTL HLTH INTV Class:
```

him "Why are you doing this?" Clifton continued to act this way for several minutes, as everyone continued to try and get him in the car. While Ofc. Dutton was speaking to Clifton, Clifton makes the statement "Everyone is out to kill me, the gangs are out to kill me, and you are out to kill me." Ofc. Dutton explained to Clifton that no one is out to kill him, they were there to help him. Ofc. Dutton told him they wanted to get him some help. Clifton claimed he had been beaten last time and he didn't want to go. Again, Ofc. Dutton explained to Clifton he was there to help him and not hurt him. Clifton then claimed Ofc. Dutton hit him last time and Ofc. Dutton explained to him that he has never seen or met him before. Clifton then told Ofc. Dutton, "You made me touch your weenie." Ofc. Dutton told Clifton he knows that was not true, and Clifton responded by saying "You made me put it in my mouth." Again, Ofc. Dutton told Clifton that was not true and he needed to seek medical attention. After this conversation, Clifton returned back to making incoherent noises.

At this point, Ofc. Dutton and Ofc. Tabiai decide to contact their supervisor and make him aware of what was happening. While Ofc. Dutton was sitting in his car, calling Lt. Edwards, he looks up and saw Clifton remove his shirt, then pull down his pants and shorts, standing behind the Hyundai Fusion in the driveway. Besides having his pants around his ankles, Ofc. Dutton stated Clifton was naked from the ankles up.

Ofc. Dutton and Tabiai then proceeded with enforcement action against Clifton, due to the recent turn of events. Ofc. Dutton was now even more concerned for Clifton's welfare, because he felt that if Clifton is willing to strip all of his clothes off outside, what else is he capable of. Ofc. Dutton then advised dispatch to hold the air, and start more units. As Ofc. Dutton approached Clifton, Clifton kicked off the clothing around his ankles and started running towards the front door.

Ofc. Dutton chased Clifton, preventing him from going back inside, for safety reasons. Ofc. Dutton said he didn't know what was inside the house that Clifton would be able to use as a weapon against him (guns, knives, etc.). He also did not want Clifton near the front porch, due to the large plate glass window leading into the living room, thinking Clifton would possibly jump through it. Ofc. Dutton described Clifton being a threat to himself and others at this point.

When Ofc. Dutton approached Clifton, he attempted to grab his wrist, but Clifton was able to break his grasp and jump off the porch. Clifton then jumped off the porch and ran into the front yard. While Clifton was running, he started yelling again. Ofc. Dutton then chased after Clifton, but Clifton turned around and squared off on him. Ofc. Dutton described Clifton's stance as a football stance, then Clifton charged him. When Clifton charged Ofc. Dutton, he placed his left hand on Clifton's shoulder and his right hand on his head, trying to prevent the attack, and place Clifton onto the ground. Due to Clifton's momentum, he caused Ofc. Dutton to fall down and Clifton ran past him towards the front yard of 1425 NW 99th st.

Once Ofc. Dutton was able to get back on his feet, he saw Ofc. Tabiai engaged with Clifton, then the two of them fell to the ground. When Ofc. Dutton ran

```
===============================================================================
                 S t a n d a r d    T r a i l e r  -  C o n t i n u a t i o n
===============================================================================
Reporting Officer: PALMER KENNET   Number: 001191   Date: 05/09/13   Time: 13:16
      Typed by:    PDKP1191V       Number: KP3081   Date: 05/09/13   Time: 13:14
Approving Officer: NEAL, RUSSELL   Number: 000868   Date: 07/22/13   Time: 12:53
```

over to help Ofc. Tabiai, he described Ofc. Tabiai as being on top of Clifton. Ofc. Dutton saw Clifton's right arm free, so he grabbed it in an attempt to gain control of Clifton's movements. Once Ofc. Dutton had ahold of Clifton's wrist, he told Clifton that he needed to calm down repeatedly. While Ofc. Tabiai and Dutton were trying to control Clifton, Jean also got out the car to assist them and was telling Clifton "Calm down, quit struggling." Jean was also trying to control Clifton's movements, she became wrapped up in his legs. Jeans then started yelling to Clifton "Clifton you're hurting me, stop it, calm down."

Ofc. Dutton was then able to place a handcuff on Clifton's right wrist and made an attempt to get the arm behind Clifton's back. Each time Ofc. Dutton made an attempt to move Clifton's arm, Clifton would yank his arm back up towards his head. Ofc. Dutton described Clifton as being unusually strong. Ofc. Dutton said he attempted to gain control for over a minute, with no success. Again, Ofc. Dutton told Clifton that he needed to calm down and stop struggling. Eventually Ofc. Dutton was able to get Clifton's arm behind his back, as Ofc. Holzclaw #1782 arrived. With the help of Ofc. Holtzclaw, they were able to get Clifton into handcuffs.

Even after Clifton was in handcuffs, he continued to kick, buck, and fight. Everyone was continuing to tell Clifton to calm down, but he continued to fight. Due to Clifton's continued resistance and violent behavior, officers decided to place Clifton into maximum restraints. Officers grabbed the hobble restraints and were able to place the sit belt around his waist, while Clifton continued to fight, as he was lying facedown on the ground. While Clifton was ▇▇ting, Ofc. Dutton said he was still screaming. I asked Ofc. Dutton could he understand what Clifton was saying and he stated "No." Ofc. Dutton did say that he could understand Clifton say "Get off on me", through all of the screaming.

After getting the sit belt around Clifton's waist, they placed the leg restraints around his ankles and attempted to connect them to the D ring on the sit belt. Again officers had a difficult time controlling Clifton's movements and were unable to bend his legs at the knees. Ofc. Dutton again described Clifton as being unusually strong. Ofc. Dutton continued to tell Clifton to calm down and breath, in an attempt to get him to relax. Ofc. Dutton said Clifton's head was turned to the side, while he spoke to him. As officers are trying to get Clifton to bend his legs at the knees, Ofc Dutton stated Ofc. Holzclaw performed an X-lock on Clifton's shin with his expandable baton, but it did not have an effect. Ofc. Dutton stated he has had the technique performed in him in the past and it brought tears to his eyes, but it did not have any effect on Clifton.

Note: The X-lock is a technique utilized with an expandable baton, where the officer places one forearm over the other, forming an X. The officer then places an appendage between the baton and his forearms, applying pressure, attempting to get the subject to cooperate through pain compliance.

Ofc. Dutton stated it took all three officers pulling on the leg restraints to eventually get Clifton's legs bent and secured. Even after Clifton was placed in the Hobble Restraint System, Ofc. Dutton stated Clifton was still fighting,

Standard Trailer - Continuation

Reporting Officer: PALMER KENNET  Number: 001191  Date: 05/09/13  Time: 13:16
       Typed by: PDKP1191V       Number: KP3081   Date: 05/09/13  Time: 13:14
Approving Officer: NEAL, RUSSELL Number: 000868  Date: 07/22/13  Time: 12:53

```
===============================================================================
                    Standard      Continuation      Page
===============================================================================
Reported Date: 05/01/13   Time: 20:45         Case: 13-035649 (038)   Page: 6
●●●e: 43A-5-207 SS        Crime: MTL HLTH INTV Class:
```

by bucking his legs and full body. Ofc. Dutton again told Clifton to calm down and they weren't going to hurt him, but Clifton kept yelling "Get off me, get off me, I not going."

Someone then handed Ofc. Dutton a cell phone and it was Lt. Edwards on the line. While Ofc. Dutton was talking to Lt. Edwards, one of the officers noticed Clifton stopped yelling, so they checked on him. Officers noticed Clifton was not being responsive, so they conducted a sternum rub on him. Once Clifton is not responsive, Ofc. Holtzclaw advised dispatch to start EMSA.

Ofc. Dutton described Clifton as lying in his right side and he checked for a pulse. When he did this, Ofc. Dutton said he could feel a faint pulse. Ofc. Dutton also stated he observed Clifton's shoulders moving. The officers then decide to remove the hobble restraints, but kept Clifton in handcuffs, just in case he was faking and for officer safety. Officers then sat Clifton up and checked his pulse again. Ofc. Dutton stated he could again feel a faint pulse. Ofc. Dutton also placed his hand on Clifton's chest and he felt it moving as if he was breathing. Ofc. Dutton stated he could hear EMSA sirens coming and right before they arrived, he checked for a pulse again, but he was unable to locate one. Officer's then unhand cuffed Clifton and laid him down on his back. While they were doing this EMSA arrived. Officers made EMSA aware of what was going on and they started working on Clifton.

Lt. Edwards also arrived at the scene and Ofc. Dutton briefed him on the situation.

●●●er the incident with Clifton, Ofc. Dutton spoke with Jean and she again told h●●● that Clifton had a history drugs use. Jeans stated the bad drugs he got a hold of, had messed him up.

Ofc. Dutton spoke with Carlton again and asked him how long had Clifton been over there. Carlton stated Clifton hadn't been there to long before this happened, but Carlton stated when Clifton arrived, he was naked. Ofc. Dutton asked him what did he mean and Carlton stated he was watching the game, he looked out through the front window and saw Clifton standing outside naked. Ofc. Dutton asked him what did he do, and Carlton said he recognized Clifton as Valencia's son, so he let him in. Once Carlton let Clifton inside, Carlton said Clifton went to the laundry room, and came back out with some clothing on. Carlton also stated before police arrived, Clifton was walking around the house talking to himself.

I asked Ofc. Dutton while they were attempting to get Clifton into custody, did he or any of the other officers, kick, punch, strike, OC spray or tase Clifton and he stated "No." I asked Ofc. Dutton does he carry a Taser and he stated "No." Ofc. Dutton was unable to provide me with anymore information.

*******************************************

End of Report

Kenneth Palmer #1191

```
===============================================================================
                Standard      Trailer    -    Continuation
===============================================================================
●●●rting Officer: PALMER KENNET   Number: 001191   Date: 05/09/13   Time: 13:16
      Typed by: PDKP1191V         Number: KP3081   Date: 05/09/13   Time: 13:14
Approving Officer: NEAL, RUSSELL  Number: 000868   Date: 07/22/13   Time: 12:53
```

```
================================================================================
                        S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/01/13  Time: 20:45            Case: 13-035649 (038)   Page: 7
 e: 43A-5-207 SS         Crime: MTL HLTH INTV Class:
```

Detective
Homicide Unit, H15

```
================================================================================
              S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
R  rting Officer: PALMER KENNET  Number: 001191  Date: 05/09/13  Time: 13:16
       Typed by: PDKP1191V       Number: KP3081  Date: 05/09/13  Time: 13:14
 pproving Officer: NEAL, RUSSELL Number: 000868  Date: 07/22/13  Time: 12:53
```

000059