EXHIBIT 7A
VIDEO OF FRANKLIN INTERVIEW
FILED CONVENTIONALLY