```
================================================================
    S t a n d a r d    S u p p l e m e n t    R e p o r t
================================================================
Reported Date: 05/01/13   Time: 20:45      Case: 13-035649 (049)   Page: 1
Type: 43A-5-207 SS        Crime: MTL HLTH INTV Class:
Occurrence Date: 05/01/13-        Day: WEDNESDAY-        Time: 20:45-
Status: AS  ASSIGNED             Closing Officer:
Location: 1421 NW. 99TH ST., OK                          RD:  494

===================== NARRATIVE ================================
```

RE: In Custody Death of Clifton Armstrong

Subject: Interview with Springlake Patrol Officer Mohammed Tabiai #1817

Location: 2nd Floor Homicide Office

Witness: Homicide Investigator Ken Palmer

        Attorney Susan Knight

```
================================================================
```

This interview was video recorded on DVD therefore this report will be a summary not verbatim.

```
================================================================
```

Body of Report:

        On 05/06/13 Homicide Investigator Ken Palmer and I interviewed Springlake Patrol Officer Mohammed Tabiai #1817 on the second floor Officer interview room. Officer Tabiai is assigned to second shift Springlake and was riding unit # 2C103. He works A set and his days on are Thursday to Thursday.

        Prior to this incident Officer Tabiai had responded to approximately 6 to 7 calls.

        I asked Officer Tabiai to tell me what occurred.

        Officer Tabiai stated prior to this call being dispatched, he was finishing a Burglary two call in his district. Officer Dutton 2C111 had advised dispatch he would respond to the suspicious activity call in Officer Tabiai's district. Officer Tabiai stated he noticed on the MDC (car computer) that Officer Dutton was at a far distance responding to the suspicious activity call. Officer Tabiai told Officer Dutton he would take the call so he would not have to drive to it.

        Officer Tabiai stated at this time an Attempt Suicide appeared on the computer screen also occurring in his district. Officer Dutton advised dispatch he would be enroute to this call. Officer Tabiai said he read the notes attached to the call which indicated the calling party was saying dragons were chasing him, people were chasing him trying to kill him and dead people were trying to kill him. The notes also read the calling party was on drugs and he wanted to kill himself. Officer Tabiai stated one of the things that stuck out in his mind was that the dispatcher noted the calling party sounded like he was

```
================================================================
    S t a n d a r d    T r a i l e r  -  F i r s t    P a g e
================================================================
Reporting Officer: BENAVIDES ROB   Number: 001146  Date: 05/20/13  Time: 08:35
      Typed by: PDRB1146V          Number: 1146    Date: 05/20/13  Time: 08:36
Approving Officer: NEAL, RUSSELL   Number: 000868  Date: 07/22/13  Time: 12:53
```

DEFENDANT'S
EXHIBIT
8

000081

```
===================================================================================
            S t a n d a r d   C o n t i n u a t i o n   P a g e
===================================================================================
Reported Date: 05/01/13   Time: 20:45        Case: 13-035649 (049)   Page: 2
   : 43A-5-207 SS        Crime: MTL HLTH INTV Class:
```

out of breath and speaking really fast. The notes also stated the calling party
wanted Officers to meet him at a different address not far from where this
incident occurred.

Dispatch advised Officers the calling party was calling from a landline
which was linked to 1421 NW 99th Street. Officer Tabiai stated he finished his
call and advised dispatch to assign him backup for Officer Dutton. Officer
Tabiai told Officer Dutton he was going to check the address the calling party
wanted Officers to meet him while Officer Dutton drove to 1421 NW 99th.

Officer Tabiai arrived to the location and discovered the house to be
on the northeast corner of this intersection (NW 98th and Waverly). Officer
Tabiai said it appeared nobody was home. Officer Tabiai advised dispatch of his
findings and requested a clothing description of the calling party. Officer
Dutton then advised over the radio to come to 1421 NW 99th as the calling party
was at this address.

Officer Tabiai stated he arrived with Officer Dutton who was standing
in the front of the residence by the front door. Officer Tabiai walked up to
Officer Dutton who pointed out the calling party was inside the house. Officer
Tabiai looks into the house and saw the calling party sitting on the couch.
Officer Tabiai also saw two other people in the house with the calling party.
The calling party was rambling making no sense, saying some people are out to
get him and they are trying to kill him.

Officer Tabiai stated the calling party was talking to the female (
ncia) and Velencia was asking calling party (Clifton) where the house phone
was at. Clifton told Velencia he had thrown the phone into the backyard.
Officer Tabiai stated Clifton then stood up and had a bottle of water in his
hands and was pacing back and forth in the dining room. Officer Tabiai then
stated Clifton pointed at the male (Carlton) and stated Carlton was taking
advantage of his mother (Velencia) and he (Carlton) needed to get the hell out
of this house. Velencia then told Clifton he needed to calm down and go get
some help.

Clifton told Velencia he wanted to stay at the house and was not going
anywhere. Velencia told Clifton he could not stay at the house because she was
going to work and Clifton needed to get help. Velencia told Clifton she had
called Jean to take him to the hospital, but Clifton stated he was not going
anywhere.

Officer Tabiai stated he asked Velencia what was going on and she told
him that Clifton needed to get help. Officer Tabiai described Velencia to be in
a desperate state telling him she could not do anything for Clifton.

Velencia wanted Clifton to go to St. Anthonys to be diagnosed and told
Officer Tabiai that Clifton did use drugs and she did not know if he was on
drugs.

Officer Tabiai stated they were being patient with Clifton trying to
figure out what needed to be done. Time had lapsed by and they continued to
```
===================================================================================
          S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
===================================================================================
Reporting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13   Time: 08:35
        Typed by: PDRB1146V        Number: 1146     Date: 05/20/13   Time: 08:36
Approving Officer: NEAL, RUSSELL   Number: 000868   Date: 07/22/13   Time: 12:53
```

```
===============================================================
        S t a n d a r d   C o n t i n u a t i o n   P a g e
===============================================================
Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (049)  Page: 3
Loc: 43A-5-207 SS      Crime: MTL HLTH INTV Class:
```

listen to Clifton. Officer Tabiai said Velencia kept talking to Clifton and
Carlton felt somewhat threaten so he stood up and walked off into the living
room to keep the distance between him and Clifton.

        Officer Tabiai stated the Grandmother Jean showed up and told Clifton
he was coming with her to the hospital. Clifton told Jean he was not going
anywhere and sat back down on the couch. Officer Tabiai spoke to Clifton and
retrieved general information from him. Clifton started to get agitated so Jean
told him he needed help.

        Clifton finally walked outside so everyone followed out into the front
yard. Clifton did not want to get into any car and asked for a cigarette from
in the house. Officers allowed Clifton to walk back into the house and Clifton
then refused to come back out. Everyone went back inside again to talk with
Clifton.

        Clifton stated he was not going anywhere unless Velencia went with him.
Velencia said she could not go because she had to go to work. Officer Tabiai
told Velencia to call her boss and notify him she was going to be late because
she needed to take her son to the hospital. Velencia called her boss and
everyone including Clifton went back outside.

        Everyone was standing on the west side of the driveway and Jean walked
to her vehicle which was parked on the street and got into the drivers seat.
The passenger door was opened and the front seat was reclined so Clifton could
get into the back of the vehicle. Clifton refused to get in and said he wanted
to ride in the front seat. Jean told Clifton he was not riding in the front
seat so Clifton said he was not going and started pacing back and forth in the
yard. Clifton was trying to work his way back to the house but Officers would
not let him. Clifton then sat on the grass and took a sip of water then throw
his water bottle. Officer Tabiai moved out of the way so the bottle would not
hit him. Clifton said he was not going anywhere.

        Officer Dutton then started talking to Clifton and Clifton asked
Officer Dutton why he was touching his "wee wee". Officer Tabiai said Clifton
was talking like a little child. Clifton then started to scream. Officer Dutton
then told Officer Tabiai to hold on and Dutton walked to his scout car to make
a phone call.

        Officer Tabiai said in a split second after Dutton walked to his car,
Clifton stood up and took all his clothes off. Clifton became irate and started
to scream while running around in the front yard. Officer Tabiai told Officer
Dutton to get out of the car. Officer Tabiai stated Clifton then darted for the
front door of the house. Officer Tabiai had several scenarios running through
his mind in reference to Officer safety issues, one of which was Clifton going
to attack the roommate and take him hostage, so Officers were not going to let
Clifton get into the house.

        Officers block Clifton from going back into the house. Officer Dutton
tried to grab a hold of Clifton but was unable to because Clifton was
completely naked. Officer Tabiai and Dutton were just trying to grab Clifton by

```
===============================================================
      S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n,
===============================================================
Reporting Officer: BENAVIDES ROB  Number: 001146  Date: 05/20/13  Time: 08:35
        Typed by: PDRB1146V       Number: 1146    Date: 05/20/13  Time: 08:36
Approving Officer: NEAL, RUSSELL  Number: 000868  Date: 07/22/13  Time: 12:53
```

```
===============================================================================
          S t a n d a r d    C o n t i n u a t i o n    P a g e
===============================================================================
Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (049)  Page: 4
Type: 43A-5-207 SS       Crime: MTL HLTH INTV Class:
```

his arms so they could detain him and put him in handcuffs, so they could
subdue him and not hurt himself or anyone else.

     Officer Tabiai stated at this stage of the incident it was now their
responsibility to take Clifton into custody and take him to the hospital.
Clifton was displaying erratic behavior.

     Officer Tabiai stated while they were dealing with Clifton he saw the
passenger door to Jean's car closed and the family had locked themselves inside
the car because they were afraid of Clifton. Officer Tabiai stated this was his
of what he believed.

     Clifton leaned up against the car and threw his hands up so Officer
Tabiai was going to attempt an academy taught arm bar take down. Officer Tabiai
stated he took his left hand and grabbed Clifton's left wrist. Officer Tabiai
slid his right arm under Clifton's left arm pit to his left shoulder and
attempted to spin him but it did not work. The close quarters Officer Tabiai
was working with did not allow him to take Clifton down to the ground. Officer
Tabiai needed to adjust his technique so he placed his right leg in front of
Clifton's to trip him. Officer Tabiai attempted this technique again and used
all his strength and Clifton did not move. Officer Tabiai described Clifton to
have super human natural strength and he was not moving.

     At one point during this attempt Officer Tabiai was turned around and
was now facing Clifton face to face. Officer Tabiai fell backwards onto his
back and Clifton fell on top of him. Officer Dutton who was helping Officer
Tabiai also fell with them. Officer Tabiai heard the tone of "holding the air"
and thinks Officer Dutton requested dispatch to hold the air.

     Officer Tabiai stated all three of them were on the ground and all they
were trying to do was grab Clifton's wrist so they could put his hands behind
his back and cuff him. Officers were rolling around on the ground with Clifton
tossing and turning in the yard. Officer Tabiai stated at one point his radio
came off and the mike got wrapped around his neck. Officer Tabiai grabbed the
mike off his neck and threw the radio because he did not want to choke himself
or give Clifton the chance to choke him with his mike.

     Officer Tabiai felt at one point he had the upper hand on Clifton
because he got on top of him and he was driving his hips into Cliton's lower
back. All of the sudden Officer Tabiai was bucked off like he was riding a bull
and fell onto his back. Officer Tabiai got back up and again began struggling
with Clifton who was still screaming. Officers were giving commands to Clifton
to "stop resisting, calm down".

     Officer Tabiai stated at no point did he deliver any strikes to
Clifton.

     Officer Tabiai's main concern was to subdue Clifton or detain him.
Officer Tabiai heard a female voice saying "Clifton stop, Clifton stop".
Officer Tabiai made the decision the only way he was going to be able to detain
Clifton was to get back on top of him to prevent Clifton from standing up which

```
===============================================================================
          S t a n d a r d    T r a i l e r  -  C o n t i n u a t i o n
===============================================================================
Reporting Officer: BENAVIDES ROB  Number: 001146  Date: 05/20/13  Time: 08:35
        Typed by: PDRB1146V       Number: 1146    Date: 05/20/13  Time: 08:36
Approving Officer: NEAL, RUSSELL  Number: 000868  Date: 07/22/13  Time: 12:53
```

```
================================================================
              S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================
Reported Date: 05/01/13  Time: 20:45      Case: 13-035649 (049)  Page: 5
  : 43A-5-207 SS        Crime: MTL HLTH INTV Class:
```

Clifton was in the process of doing. Officer Tabiai slid his right arm
underneath Clifton right arm pit, then his left arm underneath Clifton's left
arm pit then he wrapped his legs around Clifton and brought him down to the
ground. Officer Tabiai said all he was going to do was hold Clifton down.
Clifton continued to struggle with the Officers.

     Officer Tabiai stated at one point during this process Clifton had one
handcuff on his right wrist. Officer Tabiai decided to bring his left hand over
Clifton's left shoulder to grab Clifton's left wrist because Clifton was still
struggling and his arms were swinging around. Officer Tabiai stated he was
getting exhausted because this went on for approximately 3 to 4 minutes before
they got any help. Officers were able to roll Clifton and Officer Tabiai saw
Officer Holtzclaw arriving. Officer Tabiai breathed a sigh of relief and said
"Thank God somebody is coming to help".

     With the help of Officer Holtzclaw, Officer Tabiai was able to pry
Clifton's left wrist out with an academy taught technique and he advised other
Officers he had Clifton's left wrist. Clifton was finally handcuffed.

     Officer Tabiai stated he was exhausted and a fourth Officer arrived and
Clifton started kicking his legs. Officers held Clifton's legs down and the
hobble restraints were applied. Officer Tabiai did not know for sure which
Officer applied the hobble restraints to Clifton's legs. Officer Tabiai
assisted in applying the sit belt around Clifton's waist the way the academy
taught him. Officer Tabiai stated he rolled Clifton one way and slid the belt
underneath, then rolled Clifton the other way and finished sliding the sit belt
and Clifton's waist. Officer Tabiai stated Clifton continued to scream and
was breathing.

     Officer Tabiai stated at this point he did not have any strength left
so the only thing he could do was stabilize Clifton by placing his right shin
across Clifton's right shoulder towards his left hip. Officer Tabiai stated
this technique is academy taught as well.

     Officer Tabiai stated he then looked down towards Clifton's legs and
saw Officers struggling in bending Clifton's legs. Officer Tabiai said he told
Clifton to calm down because the Officers could not get Clifton to bend his
legs so they could finish applying the hobble. Officer Tabiai stated finally
the hobble restraint was applied. Officer Tabiai could not remember if Velencia
or Jean handed him his radio.

     Officer Tabiai put his radio back on and contacted a field supervisor.

     Officer Tabiai was told to retrieve a third party statement form from
his car. Officer Tabiai said he looked towards Clifton and he was still
breathing moving his head. Officer Tabiai went to the trunk of the car and
retrieved the form. He then walked to the front door and told Carlton to get
Velencia and Jean. Velencia and Jean came out to Officer Tabiai who then
explained how to fill out the third party statement forms.

     Officer Tabiai walked back to his patrol car and was told by Officer

```
================================================================
              S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
================================================================
Reporting Officer: BENAVIDES ROB  Number: 001146  Date: 05/20/13  Time: 08:35
       Typed by: PDRB1146V        Number: 1146    Date: 05/20/13  Time: 08:36
Approving Officer: NEAL, RUSSELL  Number: 000868  Date: 07/22/13  Time: 12:53
```

```
==================================================================
             S t a n d a r d   C o n t i n u a t i o n   P a g e
==================================================================
```
Reported Date: 05/01/13   Time: 20:45        Case: 13-035649 (049)   Page: 6
Code: 43A-5-207 SS .       Crime: MTL HLTH INTV Class:

Franklin that Clifton was not breathing. Officer Tabiai said he walked over to
Clifton and rubbed his back and Clifton was not breathing. The decision was
made to take the hobble restraint off. They sat Clifton on his right side, then
had him in a seated position with his hands still cuffed. Officer Tabiai
started to rub Clifton's sternum to get a response and one other Officer
checked Clifton's pulse. A faint pulse was felt by this Officer (unknown).
Officer Tabiai placed his hand underneath Clifton's nose and felt a warm
breath.

          EMSA was called.

          Officer Tabiai stated Clifton was not breathing so the handcuffs were
taken off. Clifton was laid on his side then on his back. EMSA arrived to the
scene.

          Officer Tabiai stated early on when he first arrived to this incident
just by the way Clifton was talking and acting he knew Clifton needed to get
help. Officers were being patient with Clifton and were avoiding things that
would make Clifton snap into wanting to fight.

          Officer Tabiai stated when he was holding Clifton he was on the ground
on his back and Clifton was on top of him. Officer Tabiai stated he was holding
on for dear life. Clifton was very strong. Officer Tabiai stated at one point
he was worried and scared because he did not know what was going on with
Clifton.

          Officer Tabiai never saw any Officer hit, kick, stand on or punch
Clifton. Officer Tabiai does not carry a taser and he did not use his asp
either.

          I asked Officer Tabiai if he thought Clifton was under the influence of
drugs. Officer Tabiai said "yes". Clifton was very strong and between him and
Officer Dutton they were unable to subdue Clifton without additional help.

```
=============================End of Report #1146==========================
```

Robbie Benavides #1146
Homicide Unit, H9

```
==================================================================
           S t a n d a r d   T r a i l e r   -   C o n t i n u a t i o n
==================================================================
```
Reporting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13   Time: 08:35
           Typed by: PDRB1146V      Number: 1146     Date: 05/20/13   Time: 08:36
Approving Officer: NEAL, RUSSELL    Number: 000868   Date: 07/22/13   Time: 12:53