EXHIBIT 8A
VIDEO OF TABIAI INTERVIEW
FILED CONVENTIONALLY