**IN RE: THE PROTECTIVE CUSTODY OF:**

_____

_____

### THIRD PARTY AFFIDAVIT

**STATE OF OKLAHOMA** )
)SS.
**COUNTY OF OKLAHOMA** )

I, Velencia Maiden, the undersigned being __55__ years of age, declare: That on the __5__ day of __2__, 20__13__, I observed (name) __Clifton Armstrong my son in a very paranoid hallucinated state of mind__ at (location) __1421 NW 99th St__ in __Okla OK 73114__ County, Oklahoma, and that at __9:20 p__ o'clock __P__.M.

**Statement of observation (describe activity or incident personally observed):**

He feel a gang is trying to kill him. The police and and Bush gang. Saying there trying to kill him, get insurance on him. Saying in code letters is how thay told him he's going to die. Our thay will kill his family.

That upon such basis, I have a reasonable belief that this person has a mental illness or is alcohol or drug dependent to a degree that immediate emergency action is necessary.

I, the undersigned attest to the above statement to be factual and true to the best of my knowledge and that I will testify to the above in court.

Any false statement given to the officer by the person upon whose statement of the officer relies shall be a misdemeanor and subject to the sanctions of Title 21 of the Oklahoma State Statute.

_Velencia Maiden_ (Maiden)
**Name (please print)**

_Velencia Maiden_
**Signature**

1421 N.W. 99th St
Oklahoma, Okla 73114
**Address**

**DEFENDANT'S EXHIBIT 9**