Attachment # 6-C-1

IN RE: THE PROTECTIVE CUSTODY OF:

_____

_____

### THIRD PARTY AFFIDAVIT

STATE OF OKLAHOMA )
) ss.
COUNTY OF OKLAHOMA )

I, Jean Griffin, the undersigned being 75 years of age, declare: That on the 05 day of Sept 2013, I observed (name) Clifton Clifton at (location) 1421 N.W. 99 in Oklahoma City County, Oklahoma, and that at 9:52 o'clock P .M.

Statement of observation (describe activity or incident personally observed):

He was thinking someone was going kill him or someone was after him. He was paranoid hallucinate

That upon such basis, I have a reasonable belief that this person has a mental illness or is alcohol or drug dependent to a degree that immediate emergency action is necessary.

I, the undersigned attest to the above statement to be factual and true to the best of my knowledge and that I will testify to the above in court.

Any false statement given to the officer by the person upon whose statement of the officer relies shall be a misdemeanor and subject to the sanctions of Title 21 of the Oklahoma State Statute.

Jean Griffin
Name (please print)

_Jean Griffin_
Signature

1400 N.W. 115th #40 OKC 73114
Address

Revised 11/01/2002      Third Party Affidavit

B-1

DEFENDANT'S EXHIBIT 10