```
===============================================================================
                    S t a n d a r d   S u p p l e m e n t   R e p o r t
===============================================================================
 Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (048)  Page: 1
    : 43A-5-207 SS         Crime: MTL HLTH INTV Class:
 Occurrence Date: 05/01/13-           Day: WEDNESDAY-              Time: 20:45-
 Status: AS  ASSIGNED                 Closing Officer:
 Location: 1421 NW. 99TH ST., OK                                   RD:  494

======================== NARRATIVE ============================================
```

RE: In-Custody Death of Clifton Armstrong

Subject: Interview with Carlton Donnelly

Location: 2nd Floor Homicide Office

```
===============================================================================
```

This interview was recorded on DVD therefore this report will be a summary not verbatim.

```
===============================================================================
```

Body of Report:

    On 05/02/13 at approximately 01:25 hours I interviewed Carlton Donnelly on the second floor Homicide Office. Prior to starting the interview I retrieved contact information from him. Carlton currently lives at 1421 NW 99th with Velencia Maiden. He had been there for approximately two weeks.

    I asked Carlton to tell me what he saw.

    Carlton stated he was the first to encounter Cliff. He stated the following:

    Carlton stated he was watching the game on the T.V. when there was a knock on the front door. Carlton said Cliff was standing at the door completely naked. Carlton stated he opened the door and Cliff walked into the house and went straight into the kitchen. Cliff was talking but was not making any sense.

    Carlton stated Cliff then walked into a back bedroom and grabbed the house phone. Cliff started talking to someone and Carlton figured it was the police because Cliff was telling the person someone was in his mamas house and trying to kill him. Carlton said to himself "this guy is crazy".

    Carlton stated Cliff then walked to the dryer and grabbed some clothes putting them on. Velencia then arrived at this time. Velencia took control of Cliff and a few minutes later the Police Officers show up. Carlton stated Velencia called her mother and they both were telling the Officers Cliff needed to go to the hospital to get his mental state together. Carlton stated Cliff was "too hyped up".

    Carlton stated Officers tried to restrain Cliff as best the Officers

```
===============================================================================
                    S t a n d a r d   T r a i l e r  -  F i r s t   P a g e
===============================================================================
 Reporting Officer: BENAVIDES ROB  Number: 001146  Date: 05/20/13  Time: 08:30
         Typed by: PDRB1146V       Number: 1146    Date: 05/20/13  Time: 08:28
 Approving Officer: NEAL, RUSSELL  Number: 000868  Date: 07/22/13  Time: 12:53
```

DEFENDANT'S EXHIBIT 11

000077


```
================================================================================
                    S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/01/13  Time: 20:45          Case: 13-035649 (048)   Page: 2
  ▇e: 43A-5-207 SS       Crime: MTL HLTH INTV Class:
```

could because Cliff was fighting them. After the Officers were able to get Cliff down on the ground, the Officers told them to go inside the house. Carlton stated all three of them (Velencia, Jean and him) went inside and he (Carlton) did not see anything else after this point.

    We went over Carlton statement.

    Carlton stated when Cliff first came in the house his conversation was "so off the wall". Carlton was able to make out when Cliff told the person on the phone someone was inside his mama's house trying to kill him. Cliff walked around inside of the house naked for a complete minute or so.

    Carlton stated Cliff did have a conversation with him and told him his mother had told him (Cliff) to tell Carlton it was not working out and he needed to move out. Cliff told Carlton Velencia said Cliff could move back in today.

    I asked Carlton if Cliff seemed to be high. Carlton said "yeah" and it appeared Cliff was on something. Carlton said Cliff never threatened him but he did feel uncomfortable and was about to leave when Velencia showed up. Carlton decided to stay since Velencia had shown up.

    Carlton said once Cliff and her were back inside the house, Velencia told Cliff he needed to get help because he was "crazy". Carlton said he told Velencia what Cliff had told him about the roommate situation and Velencia told Carlton not to listen to Cliff because he is not in his right mind at the ▇ent.

    Carlton stated most of the conversation between Velencia and Cliff was she telling Cliff to calm down and get some help.

    Carlton stated when the first Officer arrived he came into the home. Cliff started to try and throw the Officer off by telling him Velencia needed help and she needed to stop calling the Police. Cliff was trying to shift the entire attention off him by making it seem like Carlton and Velencia were the problem. Velencia was telling Cliff to "shut up".

    Carlton stated the Officer had two different stories being told to him and he was trying to figure out what was going on. Carlton never heard the Officer yell at Cliff and never heard the Officer tell Cliff he was going to jail. A few seconds after the first Officer arrived, a second Officer arrived to the home. Both Officers were trying to figure out what was going on.

    Jean arrived to the house and the decision was made that she would take Cliff to the hospital. Carlton stated everyone walked outside except for him. He stayed in the house. Carlton said while in the house he then heard what sounded like a "ruckus" going on outside. Carlton stepped outside onto the porch to find Cliff butt naked again and running around. Carlton said the Officers were trying to tackle Cliff but were unable to because Cliff was butt naked. Cliff was running around saying "crazy things".

```
================================================================================
                  S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
R▇rting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13   Time: 08:30
      Typed by: PDRB1146V        Number: 1146     Date: 05/20/13   Time: 08:28
Approving Officer: NEAL, RUSSELL Number: 000868   Date: 07/22/13   Time: 12:53
```

```
=================================================================
                  Standard   Continuation   Page
=================================================================
```
Reported Date: 05/01/13   Time: 20:45          Case: 13-035649 (048)   Page: 3
●e: 43A-5-207 SS         Crime: MTL HLTH INTV Class:

    Cliff ran back to the front door where he (Carlton) was standing so the Officers told him to get back into the house and close the front door so Cliff would not get back into the house. Cliff went inside and was able to see the first Officer who arrived tackle Cliff to the ground and the second Officer came to help detain Cliff on the ground.

    Carlton said the Officers were getting flipped by Cliff and the Officers were trying to handcuff Cliff, but Cliff had tremendous strength. Carlton stated the Officers did have Cliff down on the ground but could not restrain him. The Officers were basically containing Cliff to the ground. A third Officer arrived and it went in favor of the Officers.

    I asked Carlton when he was outside watching the Officers and Cliff, did he ever see the Officers kick or hit Cliff. Carlton said, "No, the Officers had a fight on their hands." Carlton described it as a wrestling fight. Carlton stated he did hear the Officers giving Cliff verbal commands to stop resisting, we are just trying to help you and not hurt you.

    Carlton stated Cliff was yelling out loud, "Mama get them off me and mama dont let them take me."

    I asked Carlton if he saw the Officers do anything wrong. Carlton said, "No."

    Carlton has seen Cliff walking the streets a lot and has ran into him on the streets. Carlton described seeing Cliff either drunk or not being in the ●t state of mind and something definitely going on with him.

    During this interview Carlton stated on the night before Velencia had called him on his phone. Velencia asked Carlton if he was coming home anytime soon. Carlton told Velencia he was not and Velencia told him good. Velencia asked Carlton for some time because Cliff had gone "crazy" again. Carlton waited two hours then came home. Carlton said everything was fine and Cliff was gone.

    I explained the process to Carlton.

    Carlton said he understood Velencia's point but said she could not say this was use of force by Police because Velencia was out there with the Police. Velencia was helping the Officers hold Cliff down on the ground and telling Cliff to stay still and the Police were only trying to help him.

    I asked Carlton if he saw the Officers place the Hobble restraints. Carlton said it was dark but he did see some straps and the third Officer who arrived was dealing with Cliff's legs. Carlton said he did not get a good view of the restraints being applied.

```
================================End of Report #1146==============================
```
Robbie Benavides #1146
Homicide Unit, H9
```
=================================================================
              Standard   Trailer - Continuation
=================================================================
```
R●rting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13   Time: 08:30
    Typed by: PDRB1146V       Number: 1146     Date: 05/20/13   Time: 08:28
●pproving Officer: NEAL, RUSSELL  Number: 000868   Date: 07/22/13   Time: 12:53

000079

```
================================================================================
                    S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/01/13  Time: 20:45              Case: 13-035649 (048)  Page: 4
   ●: 43A-5-207 SS         Crime: MTL HLTH INTV Class:
```

```
================================================================================
                    S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
F●rting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13   Time: 08:30
       Typed by: PDRB1146V        Number: 1146     Date: 05/20/13   Time: 08:28
 pproving Officer: NEAL, RUSSELL  Number: 000868   Date: 07/22/13   Time: 12:53
```

000080