EXHIBIT 11A
VIDEO OF CARLTON DONNELLY INTERVIEW
FILED CONVENTIONALLY