```
================================================================================
                    Standard   Supplement   Report
================================================================================
Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (050)  Page: 1
  : 43A-5-207.SS         Crime: MTL HLTH INTV Class:
Occurrence Date: 05/01/13-           Day: WEDNESDAY-           Time: 20:45-
Status: AS  ASSIGNED                 Closing Officer:
Location: 1421 NW. 99TH ST., OK                                 RD:   494

======================= NARRATIVE =============================================
```

RE: In Custody Death of Clifton Armstrong

Subject: Interview with Officer Gregory Franklin #1809

Location: 2nd Floor Officer Room

Witness: Homicide Investigator Ken Palmer

   Attorney Susan Knight

================================================================================

This interview was recorded on DVD therefore this report will be a summary not verbatim.

================================================================================

Body of Report:

   On 05/06/13 at approximately 15:52 hours I interviewed Springlake Patrol Officer Franklin. Officer Franklin works 2nd shift Springlake on B set. On the day of the incident Officer Franklin was assigned 2C95. Prior to this incident Officer Franklin responded to approximately 5 to 6 calls.

   I asked Officer Franklin to start from the beginning of the incident.

   Officer Franklin stated he was on traffic control at approximately 21:00 hours. Officer Franklin stated he heard the Officers talking about this call so he decided to read the comments on the MDC in his car. Officer Franklin stated he read the comments the calling party (Clifton) was making in reference to seeing dragons, dead people trying to kill him, that Clifton was on drugs and he was suicidal.

   Officer Franklin stated he finished his traffic control about 21:30 hours when dispatch assigned him a call at 500 W. Memorial. Officer Franklin stated he was northbound on Broadway Extension, when he heard Officer Dutton ask for 10-33 air (emergency air) and send more units. Officer Franklin said he was close so he drove to the incident. Officer Franklin stated he arrived approximately 3 minutes after Officer Dutton requested the air.

   Officer Franklin stated he parked behind the last Police car east of the residence. Officer Franklin ran up to the other Officers and saw shoes and clothing on the ground. Officer Franklin said he saw the Officers trying to detain Clifton while the mother and grandmother watched.

```
================================================================================
               Standard   Trailer   -   First   Page
================================================================================
Reporting Officer: BENAVIDES ROB   Number: 001146  Date: 05/20/13  Time: 12:30
       Typed by: PDRB1146V         Number: 1146    Date: 05/20/13  Time: 12:37
Approving Officer: NEAL, RUSSELL   Number: 000868  Date: 07/22/13  Time: 12:53
```

DEFENDANT'S EXHIBIT 15

000087

```
================================================================
                Standard     Continuation     Page
================================================================
```
Reported Date: 05/01/13  Time: 20:45          Case: 13-035649 (050)  Page: 2
●: 43A-5-207 SS         Crime: MTL HLTH INTV Class:

    Officer Franklin stated Clifton was handcuffed laying on his stomach kicking and thrusting. Officer Franklin stated Clifton was trying to get on his knees to stand up. Officer Franklin asked the Officers what they needed and he was told they needed a hobble restraint. Officer Franklin ran back to his car and grabbed his hobble restraint. He came back to the Officers and handed the hobble to Officer Holtzclaw and the sit belt to Officer Dutton.

    Officer Franklin stated Officer Holtzclaw started to apply the hobble to Clifton's feet while Officer Dutton applied the sit belt around Clifton's waist. Officer Franklin then saw Velencia pick up a Police radio and start walking with it. Officer Franklin did not know what was going on with Velencia so he took the radio from her. Officer Franklin realized the radio belonged to Officer Tabiai.

    Officer Franklin said during this time he noticed Officer Tabiai to have a cut on the inside of his right hand. Officer Franklin gave Officer Tabiai a glove from his back pocket to wear to prevent anything from getting into the wound. At this point Officer Franklin took over for Officer Tabiai because Clifton was still fighting and trying to get back up. Officer Franklin used his left chin across Clifton's left arm to prevent Clifton from rolling over.

    The hobbles were in place, but Clifton started kicking again and kicked the hobble lose. Officer Franklin stated Clifton was very strong and Officer Holtzclaw was having a hard time getting Clifton's feet up so they could re-adjust the hobble. Officer Franklin stated he then reached out and helped Officer Holtzclaw attempt to bend Clifton's legs. They were unsuccessful in these attempts because Clifton had amazing strength.

    Officer Franklin then advised the Officers he was going to attempt an academy taught X lock (pain compliance) on Clifton's shin to see if they could bend his legs. Clifton's legs were crossed so Officer Franklin ran his baton between Clifton's legs and pulled, but he did not get a response. Officer Franklin then positioned his baton on both of Clifton's shin and applied pressure but he did not get a response.

    Officer Franklin put away his baton and this time stood over Clifton and attempted to bend his legs pulling back and this time he got a response. The hobble was finally attached.

    Officer Franklin stated he then turned his attention to Clifton's family. Clifton was screaming at Velencia "Mom they are killing me" and Velencia told Clifton the Officers were not killing him. Officer Franklin did not want Velencia to see her son struggling and fighting so he asked Velencia for a blanket and told them to wait inside.

    Officer Franklin said Clifton was restrained so he stood up but Clifton started to try to roll over. Officer Franklin said he sat back down on the outside of Clifton's left arm to prevent him from rolling over. Officer Franklin said he asked Clifton if he was fine and done fighting. Clifton did not verbally respond and kept wanting to fight.

```
================================================================
              Standard    Trailer  -  Continuation
================================================================
```
Reporting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13  Time: 12:30
    Typed by: PDRB1146V          Number: 1146     Date: 05/20/13  Time: 12:37
Approving Officer: NEAL, RUSSELL   Number: 000868   Date: 07/22/13  Time: 12:53

```
================================================================
               Standard    Continuation    Page
================================================================
Reported Date: 05/01/13  Time: 20:45        Case: 13-035649 (050)  Page: 3
     : 43A-5-207 SS       Crime: MTL HLTH INTV Class:
```

Officer Franklin was advised by Officer Tabiai they were going to do a Emergency Order of Detention on Clifton. Clifton then told Officer Franklin he was done fighting, so Officer Franklin stood up and Clifton started fighting again. Officer Franklin then sat back down on Clifton's left arm.

Officer Tabiai had gone inside to have the family fill out EOD paperwork and Officer Franklin asked Clifton if he was okay. At this time Officer Franklin noticed Clifton was facedown in the grass. Officer Franklin felt since Clifton was up and down with his fighting that Clifton was maybe playing "possum" where first chance he got he would fight again. Officer Franklin said he noticed Clifton was not responding so he told all the Officers to get off of Clifton.

Clifton was rolled onto his butt and then leaned up against Officer Franklin's legs. Officer Franklin rubbed on Clifton's sternum and did not get a response. Officer Franklin said by not responding to the sternum rub it was not an indicator anything was wrong, because Clifton did not respond to the X Lock to his legs. Officer Franklin monitored Clifton's pulse which was a strong pulse but he could not tell if Clifton was breathing or not. Officer Franklin checked Clifton's eyes for resistance and there was none so the hobbles were taken off.

Officer Franklin stated he recognized this could be an Excited Delirium case, but he thought this may be a way for Clifton to start fighting again. Clifton was laid on his right side where Officer Holtzclaw removed the hobble   his legs, and he (Franklin) removed the sit belt from Clifton. Clifton was  sat back upright but still in handcuffs. Officer Franklin said he did not feel a breath coming from Clifton, but he did see blood and foam coming from Clifton's mouth. Clifton's eyes were kind of blacked out.

Officer Franklin tried another sternum rub and got no response. Clifton's pulse was checked again and it was faint so the handcuffs were taken off. Officers were hesitate in taking the cuffs off, but felt there were enough Officers present in case Clifton started to fight again. They were on high alert because Clifton was very strong and they struggled for some time in getting him detained. Clifton was leaned up against Officer Franklin's legs and a pulse was check, but none was found. Officer Franklin stated one Officer stated he felt a slight pulse and the other Officer found none.

Officer Franklin stated he saw Clifton's chest going up and down and felt Clifton was breathing, but he later found out this could of been agonal breathing.

Officer Franklin estimated the time getting Clifton in the restraints was 3 minutes and Clifton being in the restraints before they realized what was happening was 3 minutes. Officer Franklin told EMSA he estimated Clifton being without a pulse for approximately one minute and a half to two minutes when they (EMSA) arrived and not breathing for about 5 minutes.

EMSA was first to arrive on the scene. EMSA started providing medical

```
================================================================
             Standard    Trailer  -  Continuation
================================================================
Reporting Officer: BENAVIDES ROB  Number: 001146   Date: 05/20/13  Time: 12:30
      Typed by: PDRB1146V         Number: 1146     Date: 05/20/13  Time: 12:37
Approving Officer: NEAL, RUSSELL  Number: 000868   Date: 07/22/13  Time: 12:53
```

```
================================================================================
                     S t a n d a r d   C o n t i n u a t i o n   P a g e
================================================================================
Reported Date: 05/01/13  Time: 20:45          Case: 13-035649 (050)   Page: 4
   ●: 43A-5-207 SS       Crime: MTL HLTH INTV Class:
```

aid to Clifton. Officer Franklin told the family to wait inside the house.

Officer Franklin assisted in securing the scene.

Officer Franklin stated no Officer struck Clifton at any point. Officer Franklin felt Clifton might have been on PCP because he felt no pain.

Officer Franklin does not carry a Taser and did not see any Officer use a Taser on Clifton.

```
====================================End of Report #1146=========================
```

Robbie Benavides #1146
Homicide Unit, H9

```
================================================================================
                     S t a n d a r d   T r a i l e r  -  C o n t i n u a t i o n
================================================================================
F●rting Officer: BENAVIDES ROB   Number: 001146   Date: 05/20/13  Time: 12:30
       Typed by: PDRB1146V       Number: 1146     Date: 05/20/13  Time: 12:37
 pproving Officer: NEAL, RUSSELL Number: 000868   Date: 07/22/13  Time: 12:53
```

000090