EXHIBIT 15A
VIDEO OF FRANKLIN INTERVIEW
FILED CONVENTIONALLY