# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

(1) VELENCIA MAIDEN, as Personal Representative )
of the Estate of CLIFTON DARNELL ARMSTRONG, )
Deceased, )
                                                            Plaintiff, )
     )    CIV-14-413-F
v. )

(2) THE CITY OF OKLAHOMA CITY, OKLAHOMA, )
ET AL., )
                                                     Defendants. )

## AMENDED JOINT STIPULATION OF DISMISSAL

**COME NOW THE PARTIES** by and through their attorneys of record, and jointly dismiss *with prejudice*, all claims and causes of action asserted in the above-styled and numbered case pursuant to Rule 41 of the Federal Rules of Civil Procedure; each party to bear their own attorneys fees and costs.

**RESPECTFULLY SUBMITTED** this 4th day of June, 2015.

                                         /s/ E. ED BONZIE
                                         E. Ed Bonzie, OBA #15190
                                         E. ED BONZIE, P.C,
                                         8201 S. Walker
                                         Oklahoma City, Oklahoma 73139
                                         Telephone:   405-631-1021
                                         Facsimile:    405-616-2488
                                         Ed@edbonzielaw.com

s/Richard Smith
Richard C. Smith, OBA No. 8397
Jennifer M. Warren, OBA#30284
Assistant Municipal Counselors
200 N. Walker, Suite 400
Oklahoma City, OK 73102-
Telephone:   (405) 297-2451
Facsimile:    (405) 297-3851
E-mail:         rick.smith@okc.gov
                    jennifer.warren@okc.gov
**Attorney for Defendant City**


 S/Susan Ann Knight
Susan Ann Knight, OBA#14594
MANCHESTER & KNIGHT, PLLC
One Leadership Square, Suite 800 N.
211 N. Robinson Avenue
Oklahoma City, Oklahoma 73102
405-235-4671(Phone)
405-235-5247(Fax)
**Attorney for Defendant Officers**